PAE AO 239 (10/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

Edward T. Kennedy
*Plaintiff/Petitioner*

v.                                    Civil Action No. _____

Equifax, Inc. et. Al.
*Defendant/Respondent*

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Long Form)

**Affidavit in Support of the Application**

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested. I declare under penalty of perjury that the information below is true and understand that a false statement may result in a dismissal of my claims.

Signed: _Chester Ed T. Ky_

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: 1/15/2018

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly income amount during the past 12 months | | Income amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ 0 | $ | $ 0 | $ |
| Self-employment | $ 0 | $ | $ 0 | $ |
| Income from real property *(such as rental income)* | $ 0 | $ | $ 0 | $ |
| Interest and dividends | $ 0 | $ | $ 0 | $ |
| Gifts | $ 0 | $ | $ 0 | $ |
| Alimony | $ 0 | $ | $ 0 | $ |
| Child support | $ 0 | $ | $ 0 | $ |

PAE AO 239 (10/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

| | | | | |
|---|---|---|---|---|
| Retirement (such as social security, pensions, annuities, insurance) | $ 1561 | $ | $ 1561 | $ |
| Disability (such as social security, insurance payments) | $ 0 | $ | $ | $ |
| Unemployment payments | $ 0 | $ | $ | $ |
| Public-assistance (such as welfare) | $ 0 | $ | $ | $ |
| Other (specify): | $ 0 | $ | $ | $ |
| Total monthly income: | $ 1561 | $ | $ | $ |

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| NA | | | $ |
| | | | $ |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| NA | | | $ |
| | | | $ |
| | | | $ |

4. How much cash do you and your spouse have? $ 100.00

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| TD. Con | Check | $ 100.00 | $ |
| | | $ | $ |
| | | $ | $ |

If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

PAE AO 239 (10/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Assets owned by you or your spouse | |
|---|---|
| Home (Value) | $ ∅ |
| Other real estate (Value) | $ ∅ |
| Motor vehicle #1 (Value)  APPROX. | $ ~~8,000~~ |
| Make and year: 2011 Honda ✱ | $7,000 |
| Model: CR-V - white | |
| Motor vehicle #2 (Value)  NONE | $ |
| Make and year: | |
| Model: | |
| Other assets (Value) | $ |
| Other assets (Value) | $ |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| NONE | $ | $ |
| | $ | $ |
| | $ | $ |

7. State the persons who rely on you or your spouse for support.

| Name (or, if under 18, initials only) | Relationship | Age |
|---|---|---|
| NONE | | |
| | | |
| | | |

✱ For Church purposes. (see page 7.)

PAE AO 239 (10/09) Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

| | You | Your spouse |
|---|---|---|
| Rent or home-mortgage payment (including lot rented for mobile home) Are real estate taxes included? ☐ Yes ☐ No  Is property insurance included? ☐ Yes ☐ No | $ 620 ** | $ |
| Utilities (electricity, heating fuel, water, sewer, and telephone) INCLUDED. | $ ∅ | $ |
| Home maintenance (repairs and upkeep) included ** | $ ∅ | $ |
| Food | $ 400 | $ |
| Clothing | $ 100 | $ |
| Laundry and dry-cleaning included. | $ ∅ | $ |
| Medical and dental expenses payments 2018 | $ 200 | $ |
| Transportation (not including motor vehicle payments) | $ 200 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ 100 | $ |
| Insurance (not deducted from wages or included in mortgage payments) | | |
|    Homeowner's or renter's: | $ ∅ | $ |
|    Life: | $ ∅ | $ |
|    Health: | $ ∅ | $ |
|    Motor vehicle: | $ 129- | $ |
|    Other: | $ ∅ | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ ∅ | $ |
| Installment payments | | |
|    Motor vehicle: | $ ∅ | $ |
|    Credit card (name): | $ ∅ | $ |
|    Department store (name): | $ ∅ | $ |
|    Other: | $ ∅ | $ |
| Alimony, maintenance, and support paid to others | $ ∅ | $ |

\* PRIEST. NOT MARRIED.
\*\* COMMUNITY / Shared expenses.

| | | |
|---|---|---|
| Regular expenses for operation of business, profession, or farm *(attach detailed statement)* | $ VARY | $ |
| Other *(specify)*: CHARITY, Church | $ 200 | $ |
| Total monthly expenses: | $ 1949 | $ |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?

   ☒ Yes  ☐ No    If yes, describe on an attached sheet. *(see page 6)*

10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form?  ☐ Yes  ☒ No

    If yes, how much? $ _____
    If yes, state the attorney's name, address, and telephone number:

11. Have you paid — or will you be paying — anyone other than an attorney *(such as a paralegal or a typist)* any money for services in connection with this case, including the completion of this form?  ☐ Yes  ☒ No

    If yes, how much? $ _____
    If yes, state the person's name, address, and telephone number: UN-KNOWN

    possibly for research.

12. Provide any other information that will help explain why you cannot pay the costs of these proceedings.

    Cash flow. Cost > Benefits

13. Identify the city and state of your legal residence.

    Breinigsville PA. 18031

    Your daytime phone number: 415-275-1244.
    Your age: 65  Your years of schooling: 19+
    Last four digits of your social-security number: 5450

My health must be Fixed, due to infections which has affected my voice, and my ability to speak and see.

## Holy Catholic Church of the East
### Vicarate of Nevis Island & Ecuador

By the Grace of God, we inform that in accordance with canonical laws and traditions of the Ancient Holy Church of the East, we certify through this instrument the **Ordination of Priesthood**

*Edward T. Kennedy*

(Apostle Ecclesiastic no. _____)    Date: Nov ___ 20__

_____
Authorized Bishop

Diocese of the Sacred Medical Order
of the Church of Hope
www.smoch.org

---

## THE SACRED MEDICAL ORDER OF THE KNIGHTS OF HOPE
### ORDEN MEDICA SAGRADA DE CABALLEROS DE ESPERANZA

**IMPORTANT**
This document is valid in all countries unless otherwise restricted. It is not transferable. It is for the sole use by the person to whom it is issued. Bearer passport is issued upon receipt. This document is not valid unless it is signed.

**IMPORTANTE**
El presente documento es valido par viajar por todos los paises, salvo indicaciones contrarias. Es intransferible. Unicamente la persona para la cual ha sido expedido puede utilizarlo. El titular debe ser firmado al instante de recibirlo. Este documento no es valido sino la firma del titular.

TYPE OF PASSPORT
____ Personal    ____ Diplomatic

Profession of Holder: _____
Authorization: _____

### THE SACRED MEDICAL ORDER OF THE KNIGHTS OF HOPE

**PASSPORT / PASSEPORT / PASAPORTE**

Passport No. / Pasaporte No.    **QS01003115**

NAME OF BEARER / NOM DU TITULAIRE / APPELIDOS
**KENNEDY**

Given Names / Nombre    **EDWARD THOMAS**

Nationality / Nacion    **UNITED STATES OF AMERICA**

Place of Birth / Lugar de Naci    **PENNSLYVANIA**

Sex / Sexe / Sexo - Date of Birth / Fecha de Nacimiento
**MALE    25 OCT 1953**

Date of Issue / Fecha de Expedicion    **13 SEP 2012**

Date of Expiry / Fecha de Expiracion    **13 SEP 2017**

Issuing Authority / Autoridad Expedidora: Sovereign Council

```
P<QSOKENNEDY<<EDWARD<THOMAS<<<<<<<<<<<<<<<<<<
QS01003115<0USA5310250M170913<<<<<<<<<<<<<<06
```