# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDWARD T. KENNEDY,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **EQUIFAX, INC.,** *et al.*, | : | **NO. 18-214** |
| Defendants. | : | |

## ORDER

AND NOW, this 12th day of April, 2018, because Mr. Kennedy has failed to file an amended complaint, as directed by the Court's February 28, 2018 Memorandum and Order, it is ORDERED that this action is DISMISSED WITHOUT PREJUDICE for failure to prosecute. This case shall remain closed.

BY THE COURT:

**/s/ Jeffrey L. Schmehl**
**JEFFREY L. SCHMEHL, J.**