UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Allentown Division

EDWARD T. KENNEDY,
    Plaintiff,

    -v-

EQUIFAX, INC., et. al.
    Defendants.

Case No. 18-cv-00214

## NOTICE AND REQUEST TO THE COURT

Plaintiff asks Honorable Judge Schmehl and/or the court for permission to use ECF filing on this case. Plaintiff was granted ECF filing on his cases in the United States District Court for the Middle District of Pennsylvania, and complies with the rules.

Plaintiff uses Pacer, however, without ECF email notifications from Pacer, Plaintiff is disadvantaged in this case because it reduces Plaintiff's time to respond. Plaintiff believes he has already been disadvantaged in this case without ECF filing permissions.

Plaintiff agrees to file an Amended Complaint, and will do so promptly. Plaintiff accepts the oath of Office of the Honorable Judge Schmehl, and binds him to it.

-1-

Plaintiff is not schooled in recent Federal Rules of Procedure, Federal Rules of Evidence, the local rules of this Court, and Attorney Rules of Professional Conduct, and requests assistance, if needed, at all times in this case.

Date: April 20, 2018.

                                                          Respectfully submitted,

Edward T. Kennedy, Pro Se
401 Tillage Road
Breinigsville, Pennsylvania 18031
Email: pillar.of.peace.2012@gmail.com
Email: kennedy2018@alumni.nd.edu
Telephone: 415-275-1244
Fax: 570-609-1810

## CERTIFICATE OF SERVICE

I certify that on April 20, 2018, a filed copy of NOTICE AND REQUEST TO THE COURT hand carried in person to the United States District Court for the Middle District of Pennsylvania, Allentown Division Clerk of Court office at 504 Hamilton St # 1601, Allentown, PA 18101, also known as

Clerk's Office, Allentown U.S. District Court, ED of PA Edward N. Cahn Courthouse & Federal Building 504 W. Hamilton Street, Suite 1601 Allentown, PA 18101

EDWARD T. KENNEDY
Plaintiff, Pro Se.