UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Allentown Division

EDWARD T. KENNEDY,

    Plaintiff,

    -v-

Case No. 5: 18-cv-00214-JLS

EQUIFAX, INC., et.al.,

    Defendants.

TAKE JUDICIAL NOTICE AND REQUESTS

NOTICE
The Seventh Amendment (Amendment VII) to the United States Constitution is part of the Bill of Rights. This amendment codifies the right to a jury trial in civil cases. The Seventh Amendment is is a straightforward amendment of the Bill of Rights.

NOTICE
The Judiciary Act; September 24, 1789, 1 Stat. 73. An Act to Establish the Judicial Courts of the United States.

NOTICE
United States Statutes at Large/Volume 1/1st Congress/1st, Session/Chapter 1.

    First, Plaintiff reqnests this case be opened without delay, and grant the Plaintiff ninety (90) days to amend the original complaint.

    Second, Plaintiff respectfully requests the Judge to issue an Order to the US Marshall with strict and specific instructions to comply with Service of Process. (Plaintiff believes that the US Marshall office plays games with service of process with this pro se litigant.)

Third, Plaintiff claims his guaranteed Constitutional rights were violated by this Court in this case.

Fourth, Plaintiff also again requests ECF access to file. Plaintiff is experienced accessing databases from computers since at least 1983.

Fifth, Plaintiff believes that failure him to grant ECF access is a civil rights violation under the 14th amendment of the US Constitution, and that the US Supreme Court would agree.

Sixth, Plaintiff has ECF access privileges in the US District Court Middle District of Pennsylvania, accepted the rules, and has successfully filed Notices via ECF.

Seventh, Plaintiff accepts the Oaths of Office of Jeffrey L. Schmehl, United States District Judge for the Eastern District of Pennsylvania and Lawrence F. Stengel, Chief United States District Judge for the Eastern District of Pennsylvania, and binds them to it, and respectfully reminds them of their (fiduciary, etc.) duties to the Plaintiff.

## Alleged Facts

1. Honorable Judge Schmehl failed to sign Document 2, filed 02/2//210 Memorandum of February 28, 2108 and also failed to sign his Order filed 2/28/2018, attached to Document 2, evidenced by Plaintiff's paper copy received by US mail.

2. Document 3 is only digitally signed by the Court, and not signed by hand. Plaintiff objects. Also, this document in Item 3 states:

"The clerk of courts shall furnish Mr. Kennedy with a blind copy of the Court current standard form to be used by a pro se litigant filing a civil action during the above-mentioned civil action number."

3.   <u>Plaintiff never received this form from the Clerk of Courts.</u>

4.   Plaintiff says the Judge herein denied the Plaintiff of his 7th amendment rights to a Jury Trial and due process under the 14th amendment of the US Constitution.

5.   Plaintiff also says a case can not be closed in which the Clerk of Courts failed to comply with a Court Order, a possible contempt of court.

6.   Please comply with United States Statutes at Large/Volume 1/1st Congress/1st Session/Chapter 1 at all times. Please sign a response with a full legal name, by hand.

7.   Plaintiff did not grant the court permission to publish his name or this case on Lexis. [1] Kindly protect Plaintiff's privacy and remove the Plaintiff's name from Lexis publishing.

8.   If it is decided not to reopen this case, Plaintiff requests a full financial disclosure of the financial instruments created from this case, and a complete accounting of records from the Court Administrator assigned to this case.

Date: April 25, 2018.

Respectfully submitted,

*/s/ T. K/*

Edward T. Kennedy
401 Tillage Road
Breinigsville, Pennsylvania 18031
Email: pillar.of.peace.2012@gmail.com
Email: kenuedy2018@alumni.nd.edu
Telephoue: <u>415-275-1244</u>
Fax: <u>570-609-1810</u>

---

[1] LEXIS 33010.

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2018 that I filed a copy of the foregoing TAKE JUDICIAL NOTICE AND REQUESTS at the office of the Clerk of Court at United States District Court for the Eastern District of Pennsylvania Allentown Division location, and respectfully served this and a Notice of Constitutional Rights violations by US regular mail to Justice Anthony M. Kennedy at his Washington DC office location.

*[signature]*
EDWARD T. KENNEDY