IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD T. KENNEDY, | : | CIVIL ACTION |
|    Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| EQUIFAX, INC., *et al.*, | : | NO. 18-214 |
|    Defendants. | : | |

## ORDER

AND NOW, this 30th day of April, 2018, it is hereby **ORDERED** that the request of the pro se plaintiff for access to this Court's ECF system is **GRANTED**. The Clerk shall assign Plaintiff an ECF login and password upon the docketing of this Order.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
JEFFREY L. SCHMEHL, J.