# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDWARD T. KENNEDY,** | : | |
|     **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 18-CV-214** |
| | : | |
| **EQUIFAX, INC.,** *et al.*, | : | |
|     **Defendants.** | : | |

## ORDER

AND NOW, this 30th day of April, 2018, upon consideration of Plaintiff Edward T. Kennedy's "Notice and Request to the Court" (ECF No. 6) and "Take Judicial Notice and Requests" (ECF No. 7), in which Kennedy requests, *inter alia*, that this case be reopened and that he be provided an extension of time to file an amended complaint, it is **ORDERED** that:

1. The Clerk of Court is **DIRECTED** to reopen this case.

2. The Court's April 12, 2018 Order dismissing this action without prejudice for failure to prosecute is **VACATED**.

3. Kennedy's request for an extension of time to file an amended complaint is **GRANTED** to the extent that he is **DIRECTED** to file his amended complaint within **forty-five (45) days** of the date of this Order. Kennedy is reminded that any amended complaint should identify all of the defendants in the caption in addition to the body, and shall describe in detail the factual basis for his claims against each defendant. Upon the filing of an amended complaint, the Clerk of Court shall not make service until so **ORDERED**.

4. The Clerk of Court is **DIRECTED** to furnish Kennedy with a blank copy of this Court's current standard form to be used by a *pro se* litigant filing a civil action bearing the above-captioned civil action number.

5.    If Kennedy fails to file an amended complaint, his case may be dismissed for failure to prosecute without further notice.

                                                    **BY THE COURT:**

                                                    **/s/ Jeffrey L. Schmehl**
                                                    **JEFFREY L. SCHMEHL, J.**

Case 5:18-cv-00214-JLS    Document 9    Filed 04/30/18    Page 2 of 2