# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EDWARD T. KENNEDY,** : | |
|     **Plaintiff,** : | |
| : | |
| v. : | **CIVIL ACTION NO. 18-CV-0214** |
| : | |
| **EQUIFAX, INC.,** *et al.*, : | |
|     **Defendants.** : | |

## ORDER

AND NOW, this 17th day of May, 2018, upon consideration of Plaintiff Edward T. Kennedy's Amended Complaint (ECF No. 10), it is **ORDERED** that:

1. The Clerk of Court is **DIRECTED** to issue summonses.

2. The United States Marshal for the Eastern District of Pennsylvania shall serve the summonses and the Amended Complaint upon the Defendants at no cost to Kennedy. Kennedy will be required to complete USM-285 forms so that the Marshals can serve the Defendants. Failure to complete those forms may result in dismissal of this case for failure to prosecute.

        **BY THE COURT:**

        **/s/ Jeffrey L. Schmehl**
        **JEFFREY L. SCHMEHL, J.**