UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Allentown Division

EDWARD T. KENNEDY,
    Plaintiff,

Case No. 18-cv-00214-JLS

-v-

EQUIFAX, INC., et. al.
    Defendants.

Motion to compel service of process

1.    Edward T. Kennedy, (hereinafter "Kennedy"or "Plaintiff") is one of the people of Pennsylvania, and in this court of record wishes the court to grant Motion to compel service of process, Exhibit 1, law of the Case and Exhibit 2, two-page letter to US Marshalls.

Date: July 2, 2018, County of Lehigh, Pennsylvania.

/s/ *Edward T. Kennedy*   ---seal---
_____
Edward T. Kennedy
401 Tillage Road
Breinigsville, Pennsylvania
Email; kennedy12@protonmail.ch

CERTIFICATE OF SERVICE

I certify that on July 2, 2018 that I filed a copy of the above Motion to compel service of process, Memorandum Law of the Case Exhibit 1 and Exhibit 2, letters to US Marshalls, to the United States District Court for the Middle District of Pennsylvania, Allentown Division, Clerk of Court office at 504 Hamilton St # 1601, Allentown, PA 18101 via ECF and by US mail postage prepaid to

David B. Wells, U.S .Marshal
James A. Byrne - U.S. Federal Courthouse
U.S. Marshals Service
601 Market Street, Room 2110
Philadelphia, PA 19106.

/s/ *Edward T. Kennedy*   ---seal---

_____
EDWARD T. KENNEDY