Exhibit 2

_____

Sent by USPS Certified Mail 7016 1450 0002 3201 8535

June 15, 2018

David B. Wells, U.S .Marshal

James A. Byrne - U.S. Federal Courthouse

U.S. Marshals Service

601 Market Street, Room 2110

Philadelphia, PA 19106

Dear Deputy U.S. Marshal Wells,

Re:	SERVICE OF PROCESS

I accept your oath of office, and that of Deputy Director Anderson, and bind you both to it, and remind you both of your fiduciary duty to me, the plaintiff, one of the people of Pennsylvania.

Enclosed please find five (5) USM-285 FORMS, signed by me, which includes five (5) copies of each form for Case 18-CV-214.

- Without delay, please honor the Order from the Court dated May 17, 2018 and signed by Jeffrey L.Schmehl,Judge, and perform service of process on all 5 Defendants without delay. [1]

- Write to me under a handwritten signature if questions or if I completed the forms incorrectly. This letter will be filed into the case.

Thank you for your prompt. attention to this matter.

Sincerely,


_____

Edward T. Kennedy

401 Tillage Road

Breinigsville, Pennsylvania 18031

pillar.of.peace.2017@protonmail.com

_____

[1] This Order is attached to this letter and filed into the case.

kennedy2018@alumni.nd.edu

Fax: 570-609-1810.

cc: David J. Anderson, Acting Deputy Director United States Marshals Service

1215 South Clark Street, Arlington, VA 22202.

cc: David J. Anderson, Acting Deputy Director United States Marshals Service

Washington, DC 20530-0001