UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD T. KENNEDY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 5:18-cv-00214-JLS |
| ) | |
| EQUIFAX, INC., et al., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**DEFENDANTS' EQUIFAX INC. AND RICHARD F. SMITH'S
MOTION FOR EXTENSION OF TIME TO RESPOND
TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendants, Equifax Inc. and Richard F. Smith hereby submit this motion for an extension of time to file a response to Plaintiff's First Amended Complaint. Defendants need additional time to investigate and respond to the alleged claims, and therefore seek an extension of thirty (30) days to respond to Plaintiff's First Amended Complaint. Counsel for Defendants attempted to gain consent from Plaintiff, but as of the filing of this motion, have not yet received a response. The granting of this motion will not prejudice any party, nor will it adversely affect any scheduling in this matter.

WHEREFORE, Equifax, Inc. and Richard Smith request the Court grant them an additional thirty (30) days to respond to Plaintiff's First Amended Complaint.

Respectfully submitted this 17th day of July, 2018.

KING AND SPALDING LLP

*/s/Austin A. Evans*
Austin A. Evans
aevans@kslaw.com
1180 Peachtree St. NE
Atlanta, GA 30309
(404) 572-4600
*Attorney for Defendant Equifax, Inc. and
Richard F. Smith*

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system and served via email (plaintiff only) and via facsimile and U.S. Mail postage prepaid to the following:

Edward T. Kennedy
401 Tillage Road
Breinigsville, Pennsylvania 18031
Kennedy12@pm.me
Fax: 570-609-1810

Gregory Joseph DeChurch, General Counsel
AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA
11222 Quail Roost Drive
Miami, FL 33157
Fax: 305-252-6987

BARBARA LOPEZ, in her official and individual capacities,
AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA
11222 Quail Roost Drive
Miami, FL 33157
Fax: 305-252-6987

STEVEN CRAIG LEMASTERS, in his official and individual capacities
AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA
11222 Quail Roost Drive
Miami, FL 33157
Fax: 305-252-6987

Dated:  July 17, 2018.

/s/ Austin A. Evans
*Attorney for Defendant Equifax, Inc. and Richard F. Smith*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD T. KENNEDY, )<br>      Plaintiff, )<br>vs. )<br>EQUIFAX, INC., et al., )<br>      Defendants. )<br>_____ ) | Case No.: 5:18-cv-00214-JLS |

**[PROPOSED] ORDER GRANTING DEFENDANTS' EQUIFAX INC.
AND RICHARD F. SMITH'S MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

AND NOW, this \_\_\_\_\_ day of _____, 2018, upon consideration of Defendants, Equifax, Inc. and Richard F. Smith's Motion for Extension of Time to Respond to Plaintiff's First Amended Complaint, and any response thereto, it is hereby ORDERED that said motion is GRANTED. Defendants Equifax, Inc. and Richard F. Smith have an additional thirty (30) days to file a responsive pleading to Plaintiff's First Amended Complaint.

Jeffrey L. Schmehl
Judge, United States District Court