UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD T. KENNEDY, | ) |
| Plaintiff, | ) |
| vs. | ) Case No.: 5:18-cv-00214-JLS |
| EQUIFAX, INC., et al., | ) |
| Defendants. | ) |

**[PROPOSED] ORDER GRANTING DEFENDANTS' EQUIFAX INC. AND RICHARD F. SMITH'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

AND NOW, this _____ day of _____, 2018, upon consideration of Defendants, Equifax, Inc. and Richard F. Smith's Motion for Extension of Time to Respond to Plaintiff's First Amended Complaint, and any response thereto, it is hereby ORDERED that said motion is GRANTED. Defendants Equifax, Inc. and Richard F. Smith have an additional thirty (30) days to file a responsive pleading to Plaintiff's First Amended Complaint.

_____
Jeffrey L. Schmehl
Judge, United States District Court