UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD T. KENNEDY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>EQUIFAX, INC., et al., )<br>)<br>Defendants. )<br>_____ ) | Case No.: 5:18-cv-00214-JLS |

## DEFENDANT EQUIFAX INC.'S
## CORPORATE DISCLOSURE STATEMENT

Defendant Equifax Inc. submits the following Corporate Disclosure Statement:

Equifax Inc. is a publicly traded company with no parent corporation owning more than 10% of its stock.

Respectfully submitted this 17th day of July, 2018.

                                                KING AND SPALDING LLP

                                                */s/Austin A. Evans*
                                                Austin A. Evans
                                                aevans@kslaw.com
                                                1180 Peachtree St. NE
                                                Atlanta, GA 30309
                                                (404) 572-4600

                                                *Attorney for Defendant Equifax, Inc. and Richard F. Smith*

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day electronically filed the foregoing with the Clerk of Court using the CM/ECF system and served via email (plaintiff only) and via facsimile and U.S. Mail postage prepaid to the following:

Edward T. Kennedy
401 Tillage Road
Breinigsville, Pennsylvania 18031
Kennedy12@pm.me
Fax: 570-609-1810

Gregory Joseph DeChurch, General Counsel
AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA
11222 Quail Roost Drive
Miami, FL 33157
Fax: 305-252-6987

BARBARA LOPEZ, in her official and individual capacities,
AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA
11222 Quail Roost Drive
Miami, FL 33157
Fax: 305-252-6987

STEVEN CRAIG LEMASTERS, in his official and individual capacities
AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA
11222 Quail Roost Drive
Miami, FL 33157
Fax: 305-252-6987

Dated:  July 17, 2018.

*/s/ Austin A. Evans*
*Attorney for Defendant Equifax, Inc. and*
*Richard F. Smith*