**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

| | |
|---|---|
| PLAINTIFF<br>EDWARD T. KENNEDY | COURT CASE NUMBER<br>5:18-CV-00214-JLS |
| DEFENDANT<br>EQUIFAX, INC., ET AL., | TYPE OF PROCESS<br>Service of Process |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
John J. Kelley, Chief Legal Officer, Equifax., Inc.
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1550 Peachtree Street, N.W., Atlanta, GA 30309

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

EDWARD T. KENNEDY
401 TILLAGE ROAD
BREINIGSVILLE, PA 18031

| | |
|---|---|
| Number of process to be served with this Form 285 | 3 * |
| Number of parties to be served in this case | 8   ETK.<br>6/5/2018 |
| Check for service on U S A | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

* Summons, Complaint, and Plaintiff's First Amended Complaint

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 415 275 1244
DATE: June 5, 2018

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated (Sign only for USM 285 if more than one USM 285 is submitted)

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 1 | No. 06 | No. A/9 | M. Dulnaly | 6/21/18 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Janise Jordan - Case Admin

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 6/27/2018    Time: 1050 ☒ am ☐ pm

Signature of U.S. Marshal or Deputy    31308

| Service Fee | Total Mileage Charges including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65.00 | 4.86 | 8.00 | 77.86 | | |

REMARKS: 1 DUSM 1 hour, 9 miles r/t @ .54 per mile.

PRINT 5 COPIES:
1 CLERK OF THE COURT
2 USMS RECORD
3 NOTICE OF SERVICE
4 BILLING STATEMENT* To be returned to the U S Marshal with payment, if any amount is owed Please remit promptly payable to U S Marshal
5 ACKNOWLEDGMENT OF RECEIPT



PRIOR EDITIONS MAY BE USED

Form USM-285
Rev 12/15/80
Automated 01/00

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No.    18-214

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Equifax__
was received by me on *(date)* __6/27/2018__ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Janite Sardon__ , who is
designated by law to accept service of process on behalf of *(name of organization)* __Equifax__
on *(date)* __6/27/2018__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)* _____

My fees are $ __4.86__ for travel and $ __73.00__ for services, for a total of $ __77.86__ .

I declare under penalty of perjury that this information is true.

Date: __6/27/2018__

_____
Server's signature

__Zachary Paradowski: DUSM__
Printed name and title

__75 Ted Turner Dr SW Ste 1600, Atlanta, GA 30303__
Server's address

Additional information regarding attempted service, etc:

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>*See "Instructions for Service of Process by U.S. Marshal"* |
|---|---|

| PLAINTIFF<br>EDWARD T. KENNEDY | COURT CASE NUMBER<br>5:18-CV-00214-JLS |
|---|---|
| DEFENDANT<br>EQUIFAX, INC., ET AL., | TYPE OF PROCESS<br>Service of Process |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Richard F. Smith **, [former] CEO, Equifax, Inc

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1550 Peachtree Street, N.W., Atlanta, GA 30309

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

EDWARD T. KENNEDY
401 TILLAGE ROAD
BREINIGSVILLE, PA 18031

| Number of process to be served with this Form 285 | 3 * |
|---|---|
| Number of parties to be served in this case | 8 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

* Summons, Complaint, and Plaintiff's First Amended Complaint
** in his official and indiidual capacity

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 415 275 1244
DATE: June 5, 2018

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 04 | No. A19 | [signature] | 6/21/18 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Janise Jordan — Case admin

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 6/27/18    Time: 1050  ☒ am  ☐ pm

Signature of U.S. Marshal or Deputy
3/308

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 65.00 | 4.86 | 8.00 | 77.86 | | |

REMARKS: 1 DUSM, 1 hour, 9 miles @ $.54 per mile

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT* To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S Marshal
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   18-214

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Equifax
was received by me on *(date)* 6/27/2018

☐ I personally served the summons on the individual at *(place)*
 on *(date)*                ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
 , a person of suitable age and discretion who resides there,
on *(date)*   , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Janise Jordan   , who is
designated by law to accept service of process on behalf of *(name of organization)* Equifax
 on *(date)* 6/27/2018   ; or

☐ I returned the summons unexecuted because                , or

☐ Other *(specify)*:

My fees are $ 4.86   for travel and $ 73   for services, for a total of $ 77.86   .

I declare under penalty of perjury that this information is true.

Date: 6/27/2018

Server's signature

Zachary Pasadowski   DUSM
Printed name and title

75 Ted Turner Dr, SW Suite 1600, Atlanta, GA 30303
Server's address

Additional information regarding attempted service, etc: