-1-

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,

    Plaintiff,

                                                        No. 5: 18-cv-00214

    v.

EQUIFAX, INC. et al.,

    Defendants.

### OBJECTION TO ORDER
Hearing Requested

Edward Thomas Kennedy, hereinafter "Kennedy and/or "Plaintiff", is one of the people of Pennsylvania, and in this court of record objects to the document titled "Order" dated July 18, 2018, signed by Jeffrey L. Schmehl, the assigned Judge to administer this case on behalf of this Court of record. Hearing requested.

Date: July 20, 2018, County of Lehigh, Pennsylvania.

                                                     */s/ Edward Thomas Kennedy*
                                                          --SEAL---
                                                         _____
                                                         Edward Thomas Kennedy
                                                         401 Tillage Road
                                                         Breinigsville, Pennsylvania
                                                         Email: Kennedy2018@alumni.nd.edu

-1-

CERTIFICATE OF SERVICE

I certify that on July 20, 2018 that I filed a copy of the above

OBJECTION TO ORDER
Hearing Requested

with the Clerk of Court at the US District Court via ECF by

ECF to:

>	AUSTIN EVANS
>	Modern Attorney for Defendants Equifax, Inc and Richard F. Smith

Dated this 20th day of July, 2018

/s/ *Edward Thomas Kennedy*
---SEAL---

_____

Edward Thomas Kennedy