FORM 1. Notice of Appeal to the United States Court of Appeals for the Federal Circuit from a Judgment or Order of a UNITED STATES DISTRICT COURT

Form 1
Rev. 03/16

# United States District Court

## for the

Eastern **District of** Pennsylvania

Edward Thomas Kennedy, **Plaintiff,**

v.   Case No. 5:18-cv-00214-JLS

Equifax, Inc., et al, **Defendant.**

## NOTICE OF APPEAL

Notice is hereby given that Edward Thomas Kennedy (name all parties * taking the appeal) in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit for an Order Granting Defendant's Motion for an extention of time to respond (from the final judgment) ((from an order) (describe the order)) entered in this action on July 18, 2018

// Edward Thomas Kennedy
(Signature of appellant or attorney)

401 Tillage Rd.

Breinigsvoille, PA 18031

kennedy2018@alumni.nd.edu

(Address of appellant or attorney and e-mail address)

[Reset Fields]

*See Fed. R. App. P. 3(c) for permissible ways of identifying appellants.