FORM 30. Certificate of Service

Form 30
Rev. 03/16

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  July 27 2018
by:

- ☐ U.S. Mail
- ☐ Fax
- ☐ Hand
- ☒ Electronic Means (by E-mail or CM/ECF)

Edward Thomas Kennedy                            [signature]
Name of Counsel                                  Signature of Counsel
Plaintiff

Law Firm:         Kins And Spalding LLP
Address:          1180 Peachtree St. NE
City, State, Zip: Atlanta GA 30305
Telephone Number: 404-572-4600
Fax Number:       Not provided
E-Mail Address:   AEVANS@KSLAW.COM

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields