IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD T. KENNEDY, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | No. 18-cv-00214-JLS |
| | : | |
| EQUIFAX, INC., et al. | : | |
| | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this _____ day of _____, 2018, upon consideration of the Motion of Defendants American Bankers Insurance Company of Florida, Barbara Lopez, and Steven Craig Lemasters for Extension of Time to Respond to Plaintiff's First Amended Complaint, and any opposition thereto, it is hereby **ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants shall file their response to Plaintiff's First Amended Complaint within thirty (30) days from the date of this Order.

**BY THE COURT:**

_____
**Jeffrey L. Schmehl, J.**

00511026.v1