# EXHIBIT 1

# Joshua Upin

| | |
|---|---|
| **From:** | Edward Thomas Kennedy <kennedy2018@alumni.nd.edu> |
| **Sent:** | Saturday, July 28, 2018 1:33 PM |
| **To:** | Joshua Upin |
| **Cc:** | Matthew Faranda-Diedrich |
| **Subject:** | Re: Kennedy v. Equifax et al. - USDC ED PA No. 5:18-cv-00214 |

Joshua
I have appealed the Order to grant an extension, and disagree with the Order. Equifax, Inc. et al is not the US Government.
Best
Kennedy


On Fri, Jul 27, 2018 at 11:12 AM, Joshua Upin <JUpin@rccblaw.com> wrote:

> Dear Mr. Kennedy,
>
> As you may be aware our firm represents American Bankers Insurance Company, Barbara Lopez, and Steven Craig LeMasters – defendants in the subject lawsuit which you filed.
>
> I write to request your consent to a courtesy extension of our deadline for responding to your First Amended Complaint.  At current our response is due on Tuesday July 31, 2018.  We respectfully request an additional thirty (30) days to respond, i.e. August 30, 2018
>
> The Court has already granted an extension of time for the other Defendants in the case to respond so obliging this request will not serve to materially delay the litigation beyond the already extended timeline.
>
> If you are in agreement with this request kindly respond via email at your earliest convenience confirming as much.
>
> Kind Regards,
>
> Joshua

**J O S H U A   U P I N**

Counsel

Two Logan Square

100 N. 18th Street, Suite 710

Philadelphia, PA 19103

office:  267-546-0114

fax: 484-362-2630

email: jupin@rccblaw.com

www.rccblaw.com

This electronic message and all attachments contain information sent by a law firm and may be confidential or protected by privilege. The information is intended to be for the sole use of the individual or entity named above  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system.  Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

 Please consider the environment before printing this email.

\--
Edward Thomas Kennedy