IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD T. KENNEDY, <br><br> Plaintiff, <br> v. <br><br> EQUIFAX, INC., RICHARD F. SMITH, AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, BARBARA LOPEZ, <br><br> Defendants. | No. 18-cv-00214-JLS |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of American Bankers Insurance Company of Florida, Barbara Lopez, and Steven Craig LeMasters' Motion for Extension of Time to Respond to Plaintiff's First Amended Complaint, supporting Memorandum of Law, proposed form of Order, and Certificate of Service have been forwarded to the parties below, via the U.S. District Court for the Eastern District of Pennsylvania's Electronic Case Filing System and electronic mail.

Edward T. Kennedy
401 Tillage Road
Breinigsville, PA18031
Kennedy2018@alumni.nd.edu

Dated: July, 30 2018

/s/ JOSHUA UPIN
Joshua Upin, Esquire

00511026.v1