IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,

    Plaintiff,

    v.                                                                                         No. 5: 18-cv-00214

EQUIFAX, INC. et al.,

    Defendants.

OBJECTION

Hearing Requested

Edward Thomas Kennedy, hereinafter "Kennedy and/or "Plaintiff", is one of the people of Pennsylvania, and in this court of record objects to Defendant's MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT, the title "Esquire," and wishes Modern Attorney Upin to affirm or swear under penalty of perjury.

Date: July 30, 2018, County of Lehigh, Pennsylvania.

                                                             */s/ Edward Thomas Kennedy*
                                                             (SEAL)

                                                             _____
                                                             Edward Thomas Kennedy
                                                             401 Tillage Road
                                                             Breinigsville, PA 18031
                                                             Telephone:415-275-1244.
                                                             Email:Kennedy2018@alumni.nd.edu

-2-

CERTIFICATE OF SERVICE

I certify that on July 30, 2018 that I filed a copy of the above OBJECTION

Hearing Requested with the Clerk of Court at the US District Court via ECF and by ECF to:

    Joshua Upin

    ROYER COOPER COHEN BRAUNFELD LLC

    Two Logan Square 100 N. 18th St., Suite 710 Philadelphia, PA 19103

    (Modern Attorney for Defendants, American Bankers Insurance Company of Florida, Barbara Lopez and Steven Craig LeMasters)

and

    Austin Evans
    (Modern Attorney for Defendants Equifax, Inc and Richard F. Smith)

    Dated this 30th day of July, 2018

    /s/ *Edward Thomas Kennedy*   SEAL
    _____
    Edward Thomas Kennedy