**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **EDWARD T. KENNEDY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO.: 5:18-cv-00214-JLS** |
| **v.** | ) | |
| | ) | |
| **EQUIFAX, INC.; RICHARD F. SMITH,** | ) | |
| **IN HIS OFFICIAL AND INDIVIDUAL** | ) | |
| **CAPACITIES; AMERICAN BANKERS** | ) | |
| **INSURANCE COMPANY OF FLORIDA,** | ) | |
| **A STOCK INSURANCE COMPANY;** | ) | |
| **BARBARA LOPEZ, IN HER OFFICIAL** | ) | |
| **AND INDIVIDUAL CAPACITIES; and** | ) | |
| **STEVEN CRAIG LEMASTERS; IN HIS** | ) | |
| **OFFICIAL AND INDIVIDUAL** | ) | |
| **CAPACITIES,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANT RICHARD F. SMITH'S MOTION TO DISMISS FOR
INSUFFICIENT SERVICE OF PROCESS**

Pursuant to Federal Rule of Civil Procedure 12(b)(5), Defendant Richard F. Smith respectfully moves this Court for the entry of an Order dismissing this action on the basis that Plaintiff has not properly served Defendant with the summons and complaint. In support of this Motion, Defendant relies on the attached Brief and Declaration of Jessica Spurlock filed contemporaneously herewith.

Respectfully submitted this 17th day of August, 2018.

s/ Austin Evans
Austin Evans
PA ID No. 201152
King & Spalding LLP
1180 Peachtree St. NE
Atlanta, GA 30309
Phone: 404-572-4600
Fax: 404-572-5100

aevans@kslaw.com

ATTORNEY FOR DEFENDANT
EQUIFAX INC.

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2018, I electronically filed **DEFENDANT RICHARD F. SMITH'S MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS** with the Clerk of the Court using the CM/ECF system, and I have served a copy on the following by causing a copy of the same to be deposited in the United States Mail, postage prepaid and addressed as follows:

> Edward T. Kennedy
> 401 Tillage Rd.
> Breinigsville, PA 18031

s/ Austin Evans

Austin Evans