# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD T. KENNEDY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO.: 5:18-cv-00214-JLS |
| v. ) | |
| ) | |
| EQUIFAX, INC.; RICHARD F. SMITH, ) | |
| IN HIS OFFICIAL AND INDIVIDUAL ) | |
| CAPACITIES; AMERICAN BANKERS ) | |
| INSURANCE COMPANY OF FLORIDA, ) | |
| A STOCK INSURANCE COMPANY; ) | |
| BARBARA LOPEZ, IN HER OFFICIAL ) | |
| AND INDIVIDUAL CAPACITIES; and ) | |
| STEVEN CRAIG LEMASTERS; IN HIS ) | |
| OFFICIAL AND INDIVIDUAL ) | |
| CAPACITIES, ) | |
| ) | |

**Defendants.**

## DECLARATION OF JESSICA SPURLOCK IN SUPPORT OF DEFENDANT RICHARD F. SMITH'S MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS

I, Jessica Spurlock, hereby make this declaration under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am over the age of 21 years and am otherwise competent to give this declaration.

2. I am employed by Equifax Inc. ("Equifax") as a Paralegal. I have been employed with Equifax for more than two years.

3. I have personal knowledge of the matters described herein based on my personal experiences as an employee of Equifax and on my review of records maintained by Equifax in the ordinary course of its business.

4. I am authorized to provide this declaration in support of Defendant Richard F.

Smith's Motion to Dismiss for Insufficient Service of Process.

5. On June 27, 2018, Plaintiff served a summons for Equifax Inc. on Janise Jordan, an employee of Equifax, on behalf of that entity.

6. The same day, Plaintiff also attempted to serve a summons for "Richard F. Smith" on Janise Jordan, an employee at Equifax Inc.

7. Richard F. Smith is no longer an employee of Equifax Inc.

8. Neither Equifax nor Ms. Jordan is Richard F. Smith's agent.

9. Neither Equifax nor Ms. Jordan had authority to accept service on Richard F. Smith's behalf.

10. Ms. Jordan properly executed the summons on behalf of Equifax Inc., but mistakenly also executed the summons for Richard F. Smith on this date without authority to do so, as set forth above.

FURTHER AFFIANT SAYETH NOT.

Dated: August 17, 2018.

*JESSICA SPURLOCK* (signature)

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2018, I electronically filed the **DECLARATION OF JESSICA SPURLOCK IN SUPPORT OF DEFENDANT RICHARD F. SMITH'S MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS** with the Clerk of the Court using the CM/ECF system, and I have served a copy on the following by causing a copy of the same to be deposited in the United States Mail, postage prepaid and addressed as follows:

>Edward T. Kennedy
>401 Tillage Rd.
>Breinigsville, PA 18031

>>s/ Austin Evans
>>Austin Evans