IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EDWARD T. KENNEDY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) CIVIL ACTION NO.: 5:18-cv-00214-JLS |
| v. | ) |
| | ) |
| **EQUIFAX, INC.; RICHARD F. SMITH, IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES; AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA, A STOCK INSURANCE COMPANY; BARBARA LOPEZ, IN HER OFFICIAL AND INDIVIDUAL CAPACITIES; and STEVEN CRAIG LEMASTERS; IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES,** | ) ) ) ) ) ) ) ) ) ) |
| | ) |
| **Defendants.** | ) |

## DEFENDANT EQUIFAX INC.'S MOTION TO DISMISS
## FOR FAILURE TO STATE A CLAIM

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Equifax Inc. respectfully moves this Court for the entry of an Order dismissing this action on the basis that Plaintiff has failed to state a claim upon which relief can be granted. In support of this Motion, Defendant relies on the attached Brief filed contemporaneously herewith.

Respectfully submitted this 17th day of August, 2018.

                                                                                          s/ Austin Evans
                                                                                          Austin Evans
                                                                                          PA ID No. 201152
                                                                                          King & Spalding LLP
                                                                                          1180 Peachtree St. NE
                                                                                          Atlanta, GA 30309
                                                                                         Phone: 404-572-4600
                                                                                         Fax: 404-572-5100
                                                                                         aevans@kslaw.com

                                                                                         ATTORNEY FOR DEFENDANT

EQUIFAX INC.

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2018, I electronically filed **DEFENDANT'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM** with the Clerk of the Court using the CM/ECF system, and I have served a copy on the following by causing a copy of the same to be deposited in the United States Mail, postage prepaid and addressed as follows:

>Edward T. Kennedy
>401 Tillage Rd.
>Breinigsville, PA 18031

>>s/ Austin Evans
>>Austin Evans