IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,

    Plaintiff,

                              Case No. 18-cv-00214

v.

EQUIFAX, INC, et. al.,

    Defendants.

TAKE JUDICIAL NOTICE

Pursuant to Federal Rules of Evidence Rule 201 (c) (2), Plaintiff requests this court, a court of record of record, to notice the following necessary information:

1.    Plaintiff is Edward Thomas Kennedy and is one of the people of Pennsylvania in this court of record, Law of the Case is Exhibit 1, previously filed, and includes the Federal Rules of Evidence.

2.    Kennedy was a victim of Identity theft, and filed an Affidavit with the United States Federal Trade Commission on August 24, 2017, FTC report Number 87118403.

3.    Defendant Equifax, Inc. admitted failure to protect Kennedy's private data.

4.    Plaintiff Kennedy is injured by the failure of Equifax to protect private data, and filed an insurance claim, and as a policy holder of TrustedID by Equifax and its Identity Theft Insurance coverage (of up to one million dollars), on October 24, 2017 from

American Bankers Insurance Company of Florida, 11222 Quail Roost Drive, Miami FL. 33157, an insurance company owned by Assurant, Inc., a New York Stock exchange listed company.

5. American Bankers Insurance Company of Florida, 11222 Quail Roost Drive, Miami FL. 33157, an insurance company, is owned by Assurant, Inc., a New York Stock exchange listed company. Source Assurant, Inc. Annual 10-K Filing with United States Securities and Exchange Commission.

6. United States Marshall filed Form USM-285, and testifies at Remarks on 7-11-18, quote, " legal dept. had no info on a Barbara Lopez did not know who she was."

7. Barbara Lopez is licensed in the state of Florida as an Insurance Adjuster, License # E09909, Business Location, Miami, Florida, Type, Adjuster, All Lines, Original Issue date 2/5/2004, Qualifying Appointment Yes, Adjuster - All lines (0620) Company name, <u>Assurant, Inc.</u> (emphasis added), Original Issue Date 11/15/2013, Expiration Date 1/31/2020. County Dade. Source: Florida Department of Financial Services.

8. Each Defendant acted in such a way, or failed to act in such a way, that Kennedy is deprived of his rights.

9. Plaintiff Kennedy suggest Modern Attorney is Austin A. Evans is obstructing justice and (probably) is in contempt of this court.

10. George Robert Blakey (born January 7, 1936, in Burlington, North Carolina) is an American attorney and law professor emeritus at the University of Notre Dame. He is known for his work in connection with drafting the Racketeer Influenced and Corrupt Organizations Act and for scholarship on that subject.

11. Upon information and belief, Kennedy says Blakey is purported to have stated that if it looks like a criminal enterprise, it is a criminal enterprise.

12. Kennedy says said Defendant corporations are criminal enterprises.

Date: September 2, 2018

                                        Respectfully submitted,

*/s/ Edward Thomas Kennedy*     <u>seal</u>

_____

Edward Thomas Kennedy
401 Tillage Road
Breinigsville, Pennsylvania 18031
Email: kennedy2018@alumni.nd.edu
Telephone: 415-275-1244.

CERTIFICATE OF SERVICE

I, Edward Thomas Kennedy, Plaintiff, hereby certify that on the 2nd day of September, 2018, the foregoing TAKE JUDICIAL NOTICE, was filed electronically, and the following parties were served via the ECF as indicated as follows:

>Austin A. Evans, Associate
>King & Spalding LLP
>1180 Peachtree Street, NE Suite 1600
>Atlanta, GA 30309

Respectfully submitted,

/s/ Edward Thomas Kennedy *seal*

_____
EDWARD THOMAS KENNEDY

Date: September 2, 2018