UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,

    Plaintiff,

    -v-

EQUIFAX, INC, et al.,

    Defendants.

Case No. 5: 18-cv-00214- JLS

MOTION FOR SUMMARY JUDGEMENT

Edward Thomas Kennedy, (hereinafter "Kennedy"or "Plaintiff") is one of the people of Pennsylvania, and in this court of record Motions the court of record to grant his Motion for Summary Judgment against Defendant Equifax, Inc., for the defendant is not represented by counsel, or simply no one has replaced Attorney Evans.

Date: September 18, 2018.

*/s/ Edward Thomas Kennedy  (SEAL)*
_____

Edward Thomas Kennedy
401 Tillage Road
Breinigsville, PA 18031
Email: kennedy2018@alumni.nd.edu
Telephone: 415-275-1244.
Fax: 570-275-1244.

-2-

CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2018, by ECF, I filed the foregoing Motion for Summary Judgment to following in charge for the Defendants listed heretofore by ECF to the following attorneys:

>Albert Evans
>King & Spalding LLP
>1180  Peachtree Street, NE
>Atlanta, GA 30309
>
>Joshua Upin
>Royer Cooper Cohen Braunfeld LLC
>Two Logan Square
>100 N. 18th St., Suite 710
>Philadelphia, PA 19103

>*/s/ Edward Thomas Kennedy*   (SEAL)
>_____
>Edward Thomas Kennedy