UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,

    Plaintiff,

    -v-

EQUIFAX, INC, et al.,

    Defendants.

Case No. 5: 18-cv-00214- JLS

MOTION FOR SUMMARY JUDGEMENT

Edward Thomas Kennedy, (hereinafter "Kennedy"or "Plaintiff") is one of the people of Pennsylvania, and in this court of record Motions the court of record to grant his Motion for Summary Judgment against Defendant Richard F. Smith, for the defendant is not represented by counsel, or simply no one has replaced Attorney Evans.

Kennedy believes the facts stated herein are prima facie Evidence that defendant Equifax, Inc., is a criminal organization as defined by US law, and therefore Kennedy is also entitled by law to triple damages, or one million dollars, times three for a total of three million dollars.

Date: September 18, 2018.

                                          */s/ Edward Thomas Kennedy  (SEAL)*
                                          _____

Edward Thomas Kennedy
401 Tillage Road
Breinigsville, PA 18031
Email: kennedy2018@alumni.nd.edu
Telephone: 415-275-1244.
Fax: 570-275-1244.

-3-

CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2018, by ECF, I filed the foregoing Motion for Summary Judgment to following in charge for the Defendants listed heretofore by ECF to the following attorneys:

    Albert Evans
    King & Spalding LLP
    1180  Peachtree Street, NE
    Atlanta, GA 30309

    Joshua Upin
    Royer Cooper Cohen Braunfeld LLC
    Two Logan Square
    100 N. 18th St., Suite 710
    Philadelphia, PA 19103


                      */s/ Edward Thomas Kennedy*   (SEAL)
                      _____
                      Edward Thomas Kennedy