UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,

       Plaintiff,

                                        Case No. 5: 18-cv-00214- JLS

       -v-

EQUIFAX, INC, et al.,

       Defendants.


Memorandum in Support of Summary Judgment

1.     Plaintiff is Edward Thomas Kennedy, hereinafter "Kennedy" and/ or

Plaintiff, is one of the people of Pennsylvania, and in this court of record, Notices

this court that Plaintiff Kennedy this morning at approximately 6am found that an

email he sent to Attorney Austin Evans, at aevans@kslaw.com and the email

message bounced and reported the following:

Mail Delivery Subsystem <mailer-daemon@googlemail.com>
9:07 PM (12 hours ago)
to me
Error Icon
Address not found
Your message wasn't delivered to AEvans@kslaw.com because the address couldn't
be found, or is unable to receive mail.
The response was:
550 #5.1.0 Address rejected.
Final-Recipient: rfc822; AEvans@kslaw.com
Action: failed
Status: 5.0.0
Remote-MTA: dns; mx1.wip.kslaw.com. (216.52.196.13, the server for the domain
kslaw.com.)

Diagnostic-Code: smtp; 550 #5.1.0 Address rejected.
Last-Attempt-Date: Mon, 17 Sep 2018 18:07:23 -0700 (PDT)
---------- Forwarded message ----------
From: Edward Thomas Kennedy <pillar.of.peace.2012@gmail.com>
To: "Evans, Austin" <AEvans@kslaw.com>
Cc:
Bcc:
Date: Mon, 17 Sep 2018 21:07:21 -0400
Subject: Explore Settlement - see attached

2.    Kennedy files his Motion for Summary Judgment against Defendant

Richard F. Smith based on the fact defendant Smith is not represented by counsel.

3.    Modern Attorney Evans is counsel of record for Defendants Equifax,

Inc., and Richard F.  Smith, and no one has replaced him. Also, Evans did not notify

the court or the Plaintiff or his departure.

LAW OF THE CASE

4.    Filed previously in this complaint, law of the Case, Exhibit "1"

is incorporated by reference as though fully stated herein. The date of the

claim is the date of the hearing Statutes and codes shall be the rules of

decision as long as they are not in conflict with the common law.

5.    The  JUDICIARY ACT OF 1789, suit cannot be dismissed because of

errors in service.

6.    Plaintiff sued defendants under US Law, a Federal Questions concerning The

Racketeer Influenced and Corrupt Organizations Act, commonly referred to as the RICO Act or

simply RICO, is a United States federal law that provides for extended criminal penalties and a

civil cause of action for acts performed as part of an ongoing criminal organization.

7.     Plaintiff's claim of one million dollars is substantial and is based on federal law.

8.     Because plaintiff's claim involves a federal question, this court of record has jurisdiction to hear the suit.

9.     When considering this motion, the court must construe the factual allegations in the complaint in the light most favorable to plaintiff.

10.     If the factual allegations in plaintiff's complaint are sufficient to show that the right to relief is plausible and above mere speculation, the court should deny defendant's previous motion to dismiss.

11.     Plaintiff has alleged facts sufficient to show that the right to relief is plausible and above mere speculation.

12.     Factual evidence for injury and damages to the Plaintiff by the Defendants mentioned in this case heretofore, are outrageous and will be provided to a jury at the jury trial.

13.     Because this court of record has federal question jurisdiction, the court should approve plaintiff's motion for summary judgment against Richard F. Smith for one million dollars, times three for a total of three million dollars.

Date: September 18, 2018.

*/s/ Edward Thomas Kennedy  (SEAL)*

_____

Edward Thomas Kennedy
401 Tillage Road
Breinigsville, PA 18031
Email: kennedy2018@alumni.nd.edu
Telephone: 415-275-1244.
Fax: 570-275-1244.

CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2018, by ECF, I filed the foregoing

Memorandum in Support of Summary Judgment to following in charge for the

Defendants listed heretofore by ECF to the following attorneys:

        Albert Evans
        King & Spalding LLP
        1180  Peachtree Street, NE
        Atlanta, GA 30309

        Joshua Upin
        Royer Cooper Cohen Braunfeld LLC
        Two Logan Square
        100 N. 18th St., Suite 710
        Philadelphia, PA 19103

*/s/ Edward Thomas Kennedy*   (SEAL)
_____
Edward Thomas Kennedy