UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,

      Plaintiff,

                                                                   Case No. 5: 18-cv-00214- JLS

      -v-

EQUIFAX, INC, et al.,

      Defendants.

TAKE JUDICIAL NOTICE

    1.    Plaintiff is Edward Thomas Kennedy, hereinafter "Kennedy" and/ or Plaintiff, is one of the people of Pennsylvania, and in this court of record, notices to this court, and its assigned Judge, the following:

    a.    Plaintiff Kennedy this morning at approximately 6am found that an email he sent to Attorney Austin Evans, at aevans@kslaw.com, the address recorded in the docket of this case, bounced and it reported the following:

Mail Delivery Subsystem <mailer-daemon@googlemail.com>
9:07 PM (12 hours ago)
to me
Error Icon
Address not found
Your message wasn't delivered to AEvans@kslaw.com because the address couldn't be found, or is unable to receive mail.
The response was:
550 #5.1.0 Address rejected.
Final-Recipient: rfc822; AEvans@kslaw.com
Action: failed
Status: 5.0.0

Remote-MTA: dns; mx1.wip.kslaw.com. (216.52.196.13, the server for the domain kslaw.com.)
Diagnostic-Code: smtp; 550 #5.1.0 Address rejected.
Last-Attempt-Date: Mon, 17 Sep 2018 18:07:23 -0700 (PDT)
---------- Forwarded message ----------
From: Edward Thomas Kennedy <pillar.of.peace.2012@gmail.com>
To: "Evans, Austin" <AEvans@kslaw.com>,
Cc:
Bcc:
Date: Mon, 17 Sep 2018 21:07:21 -0400

      b.     Today, Kennedy called the King and Spalding law firm in Atlanta, Georgia at telephone 404-572-4600, and the phone operator told Kennedy no such attorney exists at this law firm.

      c.     Kennedy searched the Pennsylvania lawyer database and found Attorney Evans is now employed by Walmart Corporation in Arkansas, reported as follows:

Evans, Austin Allen
Public Information
Attorney ID: 201152
Current Status: Active
Date of Admission: 12/30/2005
Law Firm:
Other Organization: Walmart Legal
Address: Walmart Legal
702 Southwest 8th St M/S 0215
Bentonville Arkansas 72716-0215
Country: United States
Telephone: (479) 621-2819
Fax: (479) 277-5991
County: Out of State
District: Out of State

Professional Liability Insurance: I maintain, either individually or through my firm, professional liability insurance pursuant to the provisions of Rule of Professional Conduct 1.4(c).

    d.    Attorneys employed by King and Spalding verified to Kennedy by email today that Attorney of Record Austin Evans is no longer employed by the King law firm, and thus Equifax, Inc. has no counsel of record.

    2.    Based on the above facts, Plaintiff files his Motion for Summary Judgment against Defendant Equifax, Inc., and notices the court of record must approve his motion for summary judgment.

    3.    Kennedy believes the facts stated herein are prima facie Evidence that defendant Equifax, Inc., is a criminal organization as defined by US law, and therefore Kennedy is also entitled by law to triple damages, or one million dollars, times three for a total of three million dollars.

Date: September 18, 2018.

                                                    /s/ Edward Thomas Kennedy  (SEAL)
                                                    _____
                                                    Edward Thomas Kennedy
                                                    401 Tillage Road
                                                    Breinigsville, PA 18031
                                                    Email: kennedy2018@alumni.nd.edu
                                                    Telephone: 415-275-1244.
                                                    Fax: 570-275-1244.

CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2018, by ECF, I filed the foregoing Take Judicial Notice to following in charge for the Defendants listed heretofore by ECF to the following attorneys:

    Albert Evans
    King & Spalding LLP
    1180 Peachtree Street, NE
    Atlanta, GA 30309

    Joshua Upin
    Royer Cooper Cohen Braunfeld LLC
    Two Logan Square
    100 N. 18th St., Suite 710
    Philadelphia, PA 19103

                              */s/ Edward Thomas Kennedy*   (SEAL)
                              _____
                              Edward Thomas Kennedy