UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD THOMAS KENNEDY,        )<br>                                                          )<br>           Plaintiff,                             )<br>                                                          )<br> vs.                                                    )       Case No.: 5:18-cv-00214-JLS<br>                                                          )<br> EQUIFAX INC., et al.,                     )<br>                                                          )<br>           Defendants.                         )<br> _____ ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT Jonathan D. Klein, of the firm of Clark Hill PLC, hereby enters his appearance as counsel of record on behalf of Defendant Equifax Inc.

Respectfully submitted this 18th day of September, 2018.

                                                CLARK HILL PLC

                                                */s/Jonathan D. Klein*
                                                Jonathan D. Klein
                                                jklein@clarkhill.com
                                                One Commerce Square
                                                2005 Market Street, Suite 1000
                                                Philadelphia, Pennsylvania 19103
                                                (215) 640-8500
                                                *Attorneys for Defendant Equifax Inc.*

## **CERTIFICATE OF SERVICE**

This is to certify that I have this 18th day of September, 2018 electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such to all attorneys of record:

Edward Thomas Kennedy
401 Tillage Road
Breinigsville, PA 18031

Joshua Upin
Royer Cooper Cohen Braunfeld LLC
Two Logan Square
100 N. 18th St., Suite 710
Philadelphia, PA 19103

*/s/Jonathan D. Klein*