UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,

    Plaintiff,

                                          Case No. 5: 18-cv-00214- JLS

    -v-

EQUIFAX, INC, et al.,

    Defendants.


TAKE JUDICIAL NOTICE- Objection

    Plaintiff is Edward Thomas Kennedy, hereinafter "Kennedy" and/ or

Plaintiff, is one of the people of Pennsylvania, and in this court of record,

notices to this court, and its assigned Judge, Kennedy Objects to the Appearance of

Attorney Jonathan D. Klein, of the law firm Clark Hill, PLC, for it is trespass on the

violates, and causes injury to the Plaintiff in violation of rights.

Date: September 18, 2018.

                                              /s/ *Edward Thomas Kennedy* (SEAL)
                                            _____
                                            Edward Thomas Kennedy
                                            401 Tillage Road
                                            Breinigsville, PA 18031
                                            Email: kennedy2018@alumni.nd.edu
                                            Telephone: 415-275-1244.
                                            Fax: 570-275-1244.

CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2018, by ECF, I filed the foregoing Take Judicial Notice Objection to following for the Defendants listed heretofore by ECF to the following attorneys:

>Joshua Upin
>Royer Cooper Cohen Braunfeld LLC
>Two Logan Square
>100 N. 18th St., Suite 710
>Philadelphia, PA 19103
>
>Jonathan D. Klein
>Clark Hill, PLC
>One Commerce Square
>2005 Market Street, Suite 1000
>Philadelphia, PA 19103

>*/s/ Edward Thomas Kennedy*   (SEAL)
>_____
>Edward Thomas Kennedy