UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,

    Plaintiff,

                                            Case No. 5: 18-cv-00214- JLS

    -v-

EQUIFAX, INC, et al.,

    Defendants.

TAKE JUDICIAL NOTICE -Objection 2

    Plaintiff is Edward Thomas Kennedy, hereinafter "Kennedy" and/ or Plaintiff, is one of the people of Pennsylvania, and in this court of record, notices this court, and its assigned Judge, that Kennedy Objects to the Appearance of Attorney Jonathan D. Klein, of the law firm Clark Hill, PLC, for it is trespass on the case and this trespass causes injury to the Plaintiff in violation of rights.

Date: September 18, 2018.

                                            */s/ Edward Thomas Kennedy  (SEAL)*
                                            _____
                                            Edward Thomas Kennedy
                                            401 Tillage Road
                                            Breinigsville, PA 18031
                                            Email: kennedy2018@alumni.nd.edu
                                            Telephone: 415-275-1244.
                                            Fax: 570-275-1244.

CERTIFICATE OF SERVICE

I hereby certify that on September 18, 2018, by ECF, I filed the foregoing Take Judicial Notice 2 Objection to following for the Defendants listed heretofore by ECF to the following attorneys:

    Joshua Upin
    Royer Cooper Cohen Braunfeld LLC
    Two Logan Square
    100 N. 18th St., Suite 710
    Philadelphia, PA 19103

    Jonathan D. Klein
    Clark Hill, PLC
    One Commerce Square
    2005 Market Street, Suite 1000
    Philadelphia, PA 19103

    Austin A. Evans, Associate
    King & Spalding LLP
    1180 Peachtree Street, NE Suite 1600
    Atlanta, GA 30309

    */s/ Edward Thomas Kennedy*   (SEAL)
    _____
    Edward Thomas Kennedy