APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD THOMAS KENNEDY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | NO.  5:18-cv-00214-JLS |
| EQUIFAX INC., et al., | : | |

ORDER

AND NOW, this _____ Day of _____, _____ it is hereby ORDERED that the application of  Misty L. Peterson , Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 5:18-cv-00214-JLS

## APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, __Misty L. Peterson__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number __(CM/ECF Payment)__, for the $40.00 admission fee.

A.   I state that I am currently admitted to practice in the following state jurisdictions:

| Georgia | 11/17/2000 | 243715 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.   I state that I am currently admitted to practice in the following federal jurisdictions:

| Please see Exhibit A | | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C.   I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for     Equifax Information Services, LLC

_(signature)_
(Applicant's Signature)

9/20/2018
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

KING & SPALDING LLP

1180 Peachtree Street, NE, Atlanta, GA 30309

Tel: 404-572-4600

Sworn and subscribed before me this
20th Day of September, 20 18

_(signature)_
Notary Public

[Notary Seal: REBECCA GRAYSON, NOTARY PUBLIC, COBB COUNTY, GEORGIA, EXPIRES Mar. 11, 2019]

10/04

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of _____Misty L. Peterson_____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| JONATHAN D. KLEIN | [signature] | 11/1/2010 | 309967 |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

CLARK HILL PLC

One Commerce Square, 2005 Market Street, Suite 1000, Philadelphia, PA 19103

Tel: 215-640-8500

Sworn and subscribed before me this
21st Day of Sept., 2018
_Diane M. Richard_
Notary Public

**DIANE M. RICHARD**
**NOTARY PUBLIC, STATE OF MI**
**COUNTY OF WAYNE**
**MY COMMISSION EXPIRES Dec 14, 2020**
**ACTING IN COUNTY OF** Oakland

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD THOMAS KENNEDY | : CIVIL ACTION |
| | : |
| v. | : |
| | : |
| TRANS UNION LLC, et al., | : NO.  5:18-cv-00214-JLS |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of_____Misty L. Peterson_____

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the

relevant proposed Order which, if granted, would permit such practice in this court was mailed

today with postage prepaid to:

Clerk of Court - USDC  ED PA

U.S. Courthouse - 601 Market Street, Room 2609

Philadelphia, PA 19106-1797


_____
Signature of Attorney
Jonathan D. Klein
Name of Attorney

Equifax Information Services LLC
Name of Moving Party

9/21/2018
Date

# EXHIBIT A

## MISTY L. PETERSON
## Court Admissions

### Georgia Bar Number 243715

| Court: | Admission Date: |
| --- | --- |
| State Bar of Georgia | 11/17/2000 |
| Supreme Court of Georgia | 08/14/2006 |
| U.S. District Court for the Northern District of Georgia | 01/03/2005 |
| Georgia Court of Appeals | 09/29/2005 |
| U.S. Court of Appeals for the Eleventh Circuit | 03/14/2007 |
| U.S. District Court for the District of Colorado | 09/15/2016 |
| U.S. District Court for the Southern District of Indiana | 11/04/2016 |
| U.S. District Court for the Northern District of Illinois | 11/14/2016 |
| U.S. District Court for the Eastern District of Michigan | 11/08/2017 |
| U.S. District Court for the Western District of Michigan | 03/22/2018 |