UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,

        Plaintiff,

                                            Case No. 5: 18-cv-00214- JLS

        -v-

EQUIFAX, INC, et al.,

        Defendants.

TAKE JUDICIAL NOTICE Objection

Plaintiff is Edward Thomas Kennedy, hereinafter "Kennedy" and/ or Plaintiff, is one of the people of Pennsylvania, and in this court of record, notices this court, and its assigned Judge, that Kennedy Objects to ECF 37, Application Form etc., of Attorney Misty L. Peterson of the law firm King & Spalding LLP Law firm of Atlanta, GA 30309 for it is trespass, trespass on the case and trespass on the case -vicarious liability and causes injury to the Plaintiff in violation of rights.

Peterson's Application is (probable) obstruction of justice, and (probable) contempt of court, for the King & Spalding LLP Law firm of Atlanta, GA 30309 abandoned this case and defendants Equifax, Inc., and Richard F. Smith when Evans, Austin Allen Evans of said law firm, resigned from this case without notice and resigned from said law firm to accept an inhouse corporate position with

1

Walmart Corporation. [1]

Notice

Notice that on page 4 of 5, ECF 37, Attorney Peterson says this case is Edward Thomas Kennedy v Trans Union LLC, et al and not Equifax, Inc. et al. Peterson is not qualified to practice in the court, and/ or represent "Trans Union LLC, et. al,"[2] an entity unknown to Kennedy or this court.

Date: September 18, 2018.

/s/ Edward Thomas Kennedy  (SEAL)
_____
Edward Thomas Kennedy
401 Tillage Road
Breinigsville, PA 18031
Email: kennedy2018@alumni.nd.edu
Telephone: 415-275-1244.
Fax: 570-275-1244.

---

[1] Source: https://www.padisciplinaryboard.org/for-the-public/find-attorney/attorney-detail/201152
[2] Peterson may be referring to TransUnion (Exact name of registrant as specified in its charter, Delaware 61-1678417 (State or other jurisdiction of incorporation or organization) (I.R.S. Employer Identification Number) 555 West Adams, Chicago, Illinois, link here:
https://www.sec.gov/Archives/edgar/data/1552033/000155203316000079/transunion-20151231x10k.htm

CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2018, by ECF, I filed the foregoing Take Judicial Notice Objection to following for the Defendants listed heretofore by ECF to the following attorneys:

    Joshua Upin
    Royer Cooper Cohen Braunfeld LLC
    Two Logan Square
    100 N. 18th St., Suite 710
    Philadelphia, PA 19103

    Jonathan D. Klein
    Clark Hill, PLC
    One Commerce Square
    2005 Market Street, Suite 1000
    Philadelphia, PA 19103

    Austin A. Evans, Associate
    King & Spalding LLP
    1180 Peachtree Street, NE Suite 1600
    Atlanta, GA 30309

    Misty L. Peterson
    King & Spalding LLP
    1180 Peachtree Street, NE Suite 1600
    Atlanta, GA 30309

    */s/ Edward Thomas Kennedy*   (SEAL)
    _____
    Edward Thomas Kennedy