# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,

     Plaintiff,

                                  Case No. 5: 18-cv-00214- JLS

     -v-

EQUIFAX, INC, et al.,

     Defendants.


### Motion to Deny
### Attorney Peterson's Appearance in this Case

1.    Plaintiff is Edward Thomas Kennedy, hereinafter "Kennedy" and/ or Plaintiff, is one of the people of  Pennsylvania, and in this court of record, motions this court, and its assigned Judge, to deny the Application Form etc., of Attorney Misty L. Peterson of the law firm King &  Spalding LLP Law firm of Atlanta, GA 30309 for it is trespass, trespass on the case and trespass on the case -vicarious liability, causes injury to the Plaintiff in violation of rights and because it is wrong, or simply stated,  it incorrectly names the Defendant.

    A Memorandum in Support of Plaintiff's Motion to Deny Attorney Peterson's Appearance in this Case supports this motion. Kennedy wishes the Judge assigned to this court to write the Order, and Objects to Attorney peterson's submission of a

suggested Order.


Date: September 21, 2018.

/s/ Edward Thomas Kennedy  (SEAL)
_____

Edward Thomas Kennedy
401 Tillage Road
Breinigsville, PA 18031
Email: kennedy2018@alumni.nd.edu
Telephone: 415-275-1244.
Fax: 570-275-1244.

CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2018, by ECF, I filed the foregoing

Memorandum in Support of Plaintiff's Motion to Deny Attorney Peterson's Application  to

Appearance in this Case and related Motion to following for the Defendants listed

heretofore by ECF to the following attorneys:

> Joshua Upin
> Royer Cooper Cohen Braunfeld LLC
> Two Logan Square
> 100 N. 18th St., Suite 710
> Philadelphia, PA 19103
>
> Jonathan D. Klein
> Clark Hill, PLC
> One Commerce Square
> 2005 Market Street, Suite 1000
> Philadelphia, PA 19103
>
> Austin A. Evans, Associate
> King & Spalding LLP
> 1180 Peachtree Street, NE Suite 1600
> Atlanta, GA 30309
>
> Misty L. Peterson
> King & Spalding LLP
> 1180 Peachtree Street, NE Suite 1600
> Atlanta, GA 30309

*/s/ Edward Thomas Kennedy   (SEAL)*

_____

Edward Thomas Kennedy

3