UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,

    Plaintiff,

                                              Case No. 5: 18-cv-00214- JLS

    -v-

EQUIFAX, INC, et al.,

    Defendants.

Memorandum in Support of Plaintiff's Motion to Deny
Attorney Peterson's Appearance in this Case

    1.    Plaintiff is Edward Thomas Kennedy, hereinafter "Kennedy" and/ or Plaintiff, is one of the people of Pennsylvania, and in this court of record, notices this court, and its assigned Judge, that Kennedy Objects to ECF 37, Application Form etc., of Attorney Misty L. Peterson of the law firm King & Spalding LLP Law firm of Atlanta, GA 30309 for it is trespass, trespass on the case and trespass on the case -vicarious liability and causes injury to the Plaintiff in violation of rights, and it is simply wrong.

    2.    Kennedy sued Equifax, Inc., and its long time Chief Executive Officer, Richard F. Smith In her sworn Application Form for entry of Appearance, ECF 37, before Notary Public Rebecca Grayson in Cobb County Georgia, Attorney Peterson says she represents Equifax Information Services, LLC.

      3.    Kennedy did not sue Equifax Information Services, LLC.

      4.    Kennedy sued Equifax, Inc.

      5.    Kennedy Motions the court to deny Peterson's Application Form etc, ECF 37.

      6.    It is wrong to approve Peterson's Application Form for it is wrong and sworn under oath to be true, for this violates the Law of the Case (Exhibit 1) public policy and common sense.

Date: September 21, 2018.

                                                              */s/ Edward Thomas Kennedy  (SEAL)*
                                                              _____
Edward Thomas Kennedy
401 Tillage Road
Breinigsville, PA 18031
Email: kennedy2018@alumni.nd.edu
Telephone: 415-275-1244.
Fax: 570-275-1244.

CERTIFICATE OF SERVICE

I hereby certify that on September 21, 2018, by ECF, I filed the foregoing Memorandum in Support of Plaintiff's Motion to Deny Attorney Peterson's Application to Appear in this Case and related Motion to following for the Defendants listed heretofore by ECF to the following attorneys:

>Joshua Upin
>Royer Cooper Cohen Braunfeld LLC
>Two Logan Square
>100 N. 18th St., Suite 710
>Philadelphia, PA 19103
>
>Jonathan D. Klein
>Clark Hill, PLC
>One Commerce Square
>2005 Market Street, Suite 1000
>Philadelphia, PA 19103
>
>Austin A. Evans, Associate
>King & Spalding LLP
>1180 Peachtree Street, NE Suite 1600
>Atlanta, GA 30309
>
>Misty L. Peterson
>King & Spalding LLP
>1180 Peachtree Street, NE Suite 1600
>Atlanta, GA 30309

/s/ Edward Thomas Kennedy   (SEAL)
_____
Edward Thomas Kennedy

3