APPENDIX X

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY : CIVIL ACTION
:
v. :
:
: NO. 5:18-cv-00214-JLS
EQUIFAX INC., et al.,

ORDER

AND NOW, this 21st Day of SEPT., 2018 it is hereby

ORDERED that the application of  Misty L. Peterson , Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☒ GRANTED.

☐ DENIED.

_____
                         J.