IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA


EDWARD THOMAS KENNEDY,

      Plaintiff,

                                    Case No. 5: 18-cv-214 JLS

   v.


EQUIFAX, Inc, et. al.,

      Defendants.


OBJECTION TO ORDER


    Edward Thomas Kennedy, hereinafter "Kennedy and/or "Plaintiff", is one of the

people of Pennsylvania, and in this court of record, objects to the document titled "Order"

of September 21, 2018, signed by Jeffrey L. Schmehl the assigned Judge to administrate this

case on behalf of this court of record, for it is my wish, and such an Order exceeds his authority

and jurisdiction for he has no discretion, it violates the Law of the Case, Exhibit 1, and it is is

Diane Feinstein-ish justice that violates 800 years of western civilization law, the rule of law,

common sense and the common law, contains errors in fact and law that injured the Plaintiff in

loss of rights.

    A Writ of Error and Notice / Take Judicial Notice will soon follow


Date: September 24, 2018

                                    /s/     *Edward     Thomas     Kennedy*
                                    _____(seal)

Edward Thomas Kennedy

401 Tillage Road

Breinigsville, PA 18031

T:415-275-1244.

E: Kennedy2018@alumni.nd.edu

CERTIFICATE OF SERVICE

I, Edward Thomas Kennedy, Plaintiff, hereby certify that on the 24th day of September, 2018, the heretofore OBJECTION TO ORDER was filed electronically, and the following parties were served via ECF as indicated as follows:

Joshua Upin
Royer Cooper Cohen Braunfeld LLC
Two Logan Square
100 N. 18th St., Suite 710
Philadelphia, PA 19103

Jonathan D. Klein
Clark Hill, PLC
One Commerce Square
2005 Market Street, Suite 1000
Philadelphia, PA 19103

Austin A. Evans, Associate
King & Spalding LLP
1180 Peachtree Street, NE Suite 1600
Atlanta, GA 30309

Misty L. Peterson
King & Spalding LLP
1180 Peachtree Street, NE Suite 1600
Atlanta, GA 30309

Date: September 24, 2018

Respectfully submitted,

*/s/ Edward Thomas Kennedy (seal)*

_____

EDWARD THOMAS KENNEDY