IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,

    Plaintiff,

                                    Case No. 5: 18-cv-214 (JlS)

    v.

EQUIFAX, INC, et. al.,

    Defendants.

TAKE JUDICIAL COGNIZANCE

    Edward Thomas Kennedy, hereinafter "Kennedy and/or "Plaintiff", is one of the people of Pennsylvania, and in this court of record, notices Jeffrey L. Schmehl the assigned Judge to administrate this case on behalf of this court of record, exceeded his jurisdiction, and ignored 28 U.S. Code § 1361, that states, "The district courts shall have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff."

    Plaintiff Kennedy wishes C Darnell Jones to resign immediately from appointed office for ethical violations and code of conduct violations or agree to be sued.

    Writ of Error and other Notice will soon be filed.

Date: September 24, 2018

/s/ *Edward Thomas Kennedy*
_____(seal)

Edward Thomas Kennedy

401 Tillage Road

Breinigsville, PA 18031

T:415-275-1244.

E: Kennedy2018@alumni.nd.edu

CERTIFICATE OF SERVICE

I, Edward Thomas Kennedy, Plaintiff, hereby certify that on the 24th day of September, 2018, the heretofore TAKE JUDICIAL COGNIZANCE was filed electronically, and the following parties were served via ECF as indicated as follows:

Joshua Upin
Royer Cooper Cohen Braunfeld LLC
Two Logan Square
100 N. 18th St., Suite 710
Philadelphia, PA 19103

Jonathan D. Klein
Clark Hill, PLC
One Commerce Square
2005 Market Street, Suite 1000
Philadelphia, PA 19103

Austin A. Evans, Associate
King & Spalding LLP
1180 Peachtree Street, NE Suite 1600
Atlanta, GA 30309

Misty L. Peterson
King & Spalding LLP
1180 Peachtree Street, NE Suite 1600
Atlanta, GA 30309


Date: September 24, 2018

                Respectfully submitted,

                */s/ Edward Thomas Kennedy (seal)*

                _____

                EDWARD THOMAS KENNEDY