UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD THOMAS KENNEDY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> EQUIFAX INC., et al., ) <br> ) <br> Defendants. ) <br> ) | Case No.: 5:18-cv-00214-JLS |

### NOTICE OF MOTION TO WITHDRAW AUSTIN EVANS AS COUNSEL FOR DEFENDANT EQUIFAX INC.

PLEASE TAKE NOTICE that, upon the Declaration of Jonathan D. Klein dated September 25, 2018, Jonathan D. Klein will move this Court, pursuant to this Court's Local Rule 5.1(c), for leave to withdraw Austin Evans as counsel for Defendant Equifax Inc. in the above-captioned matter.

PLEASE TAKE FURTHER NOTICE that Jonathan D. Klein of Clark Hill PLC will continue as counsel for Defendant Equifax Inc. in the above-captioned matter.

Respectfully submitted this 25th day of September, 2018.

CLARK HILL PLC

*/s/Jonathan D. Klein*
Jonathan D. Klein
jklein@clarkhill.com
One Commerce Square
2005 Market Street, Suite 1000
Philadelphia, Pennsylvania 19103
(215) 640-8500

KING & SPALDING LLP

*/s/Misty L. Peterson*
Misty L. Peterson
mpeterson@kslaw.com
1180 Peachtree Street NE
Atlanta, GA 30309
(404) 572-4600

*Attorneys for Defendant Equifax Inc.*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD THOMAS KENNEDY,<br><br>    Plaintiff,<br><br>vs.<br><br>EQUIFAX INC., et al.,<br><br>    Defendants. | Case No.: 5:18-cv-00214-JLS |

**DECLARATION OF JONATHAN D. KLEIN IN SUPPORT OF MOTION TO WITHDRAW AUSTIN EVANS AS COUNSEL FOR DEFENDANT EQUIFAX INC.**

JONATHAN D. KLEIN hereby declares pursuant to 28 U.S.C. § 1746:

1. I am a member of the law firm of Clark Hill and one of the attorneys for Defendant Equifax Inc. in the above-captioned matter.

2. I am making this Declaration in Support of the Motion to Withdraw Austin Evans as Counsel, pursuant to Local Rule 5.1(c) of the Rules of this Court.

3. I am advised by King & Spalding personnel that Austin Evans is a former employee of King & Spalding LLP and no longer represents Equifax Inc.

4. Jonathan D. Klein, of the law office of Clark Hill PLC will continue as counsel for Defendant Equifax Inc. Misty Peterson, of the law office of King & Spalding LLP, was admitted *pro hac vice* on September 24, 2018, and will also continue as counsel for Equifax Inc.

5. King & Spalding LLP is not asserting any charging lien against Equifax Inc.

Respectfully submitted this 25th day of September, 2018.

                                                CLARK HILL PLC

                                                */s/Jonathan D. Klein*
                                                Jonathan D. Klein
                                                jklein@clarkhill.com
                                                One Commerce Square
                                                2005 Market Street, Suite 1000
                                                Philadelphia, Pennsylvania 19103
                                                (215) 640-8500
                                                *Attorneys for Defendant Equifax Inc.*

3

## CERTIFICATE OF SERVICE

This is to certify that I have this 25th day of September, 2018 electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such to all attorneys of record:

Edward Thomas Kennedy
401 Tillage Road
Breinigsville, PA 18031

Joshua Upin
Royer Cooper Cohen Braunfeld LLC
Two Logan Square
100 N. 18th St., Suite 710
Philadelphia, PA 19103

*/s/Jonathan D. Klein*