IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,

    Plaintiff,

                                                  Case No. 5: 18-cv-214 JLS

    v.

EQUIFAX, Inc, et. al.,

    Defendants.

Motion for Good Service

1.    Edward Thomas Kennedy, Plaintiff, is one of the people of Pennsylvania and in this court of record, wishes and motions this court for good service.

Date: September 26, 2018

                                                  Respectfully submitted,

                                                                            /s/

*Edward Thomas Kennedy* (seal)

_____

EDWARD THOMAS KENNEDY

401 Tillage Road

Breinigsville, PA 18031

Email: kennedy2018@alumni.nd.edu

Telephone: 415-275-1244.

Fax: 570-609-1810.

CERTIFICATE OF SERVICE

I certify that on September 26, 2018 I filed a copy of the above Motion for Good Service with this Court's Clerk of the Court via ECF to

Joshua Upin
Royer Cooper Cohen Braunfeld LLC
Two Logan Square
100 N. 18th St., Suite 710
Philadelphia, PA 19103

Jonathan D. Klein
Clark Hill, PLC
One Commerce Square
2005 Market Street, Suite 1000
Philadelphia, PA 19103

Austin A. Evans, Associate
King & Spalding LLP
1180 Peachtree Street, NE Suite 1600
Atlanta, GA 30309

Misty L. Peterson
King & Spalding LLP
1180 Peachtree Street, NE Suite 1600
Atlanta, GA 30309

Date: September 24, 2018

                                          Respectfully submitted,

                                          */s/ Edward Thomas Kennedy (seal)*

                                          _____

                                          EDWARD THOMAS KENNEDY