IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,

        Plaintiff,

                                                Case No. 5: 18-cv-214 JLS

    v.

EQUIFAX, Inc, et. al.,

        Defendants.

                    Memorandum in Support of Motion of Good Service

    1.    Edward Thomas Kennedy, Plaintiff, is one of the people of Pennsylvania and in this court of record, wishes and motions this court to perform a duty owed to the plaintiff for good service to the Plaintiff, and notices the following:

    2.    28 U.S.C. 1361 - ACTION TO COMPEL AN OFFICER OF THE UNITED STATES TO PERFORM HIS DUTY

The district courts shall have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the plaintiff.

    3.    This court is not administered as advertised.

1

Date: September 26, 2018

                                                  Respectfully submitted,

                                                  /s/

*Edward Thomas Kennedy* (seal)

_____

EDWARD THOMAS KENNEDY
401 Tillage Road
Breinigsville, PA 18031
Email: kennedy2018@alumni.nd.edu
Telephone: 415-275-1244.
Fax: 570-609-1810.

CERTIFICATE OF SERVICE

I certify that on September 26, 2018 I filed a copy of the above Memorandum in Support of Motion of Good Service and Motion for Good Service with this Court's Clerk of the Court via ECF to

Joshua Upin
Royer Cooper Cohen Braunfeld LLC
Two Logan Square
100 N. 18th St., Suite 710
Philadelphia, PA 19103

Jonathan D. Klein
Clark Hill, PLC
One Commerce Square
2005 Market Street, Suite 1000
Philadelphia, PA 19103

Austin A. Evans, Associate
King & Spalding LLP
1180 Peachtree Street, NE Suite 1600
Atlanta, GA 30309

Misty L. Peterson
King & Spalding LLP
1180 Peachtree Street, NE Suite 1600
Atlanta, GA 30309

Date: September 26, 2018

Respectfully submitted,

/s/ Edward Thomas Kennedy (seal)

_____

EDWARD THOMAS KENNEDY