UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD THOMAS KENNEDY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> EQUIFAX INC., et al., ) <br> ) <br> Defendants. ) <br> ) | Case No.: 5:18-cv-00214-JLS |

## NOTICE OF MOTION TO WITHDRAW AUSTIN EVANS AS COUNSEL FOR DEFENDANT RICHARD F. SMITH.

PLEASE TAKE NOTICE that, upon the Declaration of Jonathan D. Klein dated October 1, 2018, Jonathan D. Klein will move this Court, pursuant to this Court's Local Rule 5.1(c), for leave to withdraw Austin Evans as counsel for Defendant Richard F. Smith in the above-captioned matter.

PLEASE TAKE FURTHER NOTICE that Jonathan D. Klein of Clark Hill PLC will continue as counsel for Defendant Richard F. Smith in the above-captioned matter.

Respectfully submitted this 1st day of October, 2018.

CLARK HILL PLC

/s/Jonathan D. Klein
Jonathan D. Klein
jklein@clarkhill.com
One Commerce Square
2005 Market Street, Suite 1000
Philadelphia, Pennsylvania 19103
(215) 640-8500

*Attorneys for Defendant Richard F. Smith*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD THOMAS KENNEDY, | ) |
| Plaintiff, | ) ) ) ) |
| vs. | ) ) Case No.: 5:18-cv-00214-JLS |
| EQUIFAX INC., et al., | ) ) ) |
| Defendants. | ) ) |

**DECLARATION OF JONATHAN D. KLEIN IN SUPPORT OF MOTION TO WITHDRAW AUSTIN EVANS AS COUNSEL FOR DEFENDANT RICHARD F. SMITH**

JONATHAN D. KLEIN hereby declares pursuant to 28 U.S.C. § 1746:

1. I am a member of the law firm of Clark Hill and one of the attorneys for Defendant Richard F. Smith in the above-captioned matter.

2. I am making this Declaration in Support of the Motion to Withdraw Austin Evans as Counsel, pursuant to Local Rule 5.1(c) of the Rules of this Court.

3. I am advised by King & Spalding personnel that Austin Evans is a former employee of King & Spalding LLP and no longer represents Richard F. Smith.

4. Jonathan D. Klein, of the law office of Clark Hill PLC will continue as counsel for Defendant Richard F. Smith.

5. King & Spalding LLP is not asserting any charging lien against Equifax Inc.

Respectfully submitted this 1st day of October, 2018.

                          CLARK HILL PLC

                          */s/Jonathan D. Klein*
                          Jonathan D. Klein
                          jklein@clarkhill.com
                          One Commerce Square
                          2005 Market Street, Suite 1000
                          Philadelphia, Pennsylvania 19103
                          (215) 640-8500
                          *Attorneys for Defendant Richard F. Smith*

**CERTIFICATE OF SERVICE**

This is to certify that I have this 1st day of October, 2018 electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such to all attorneys of record:

Edward Thomas Kennedy
401 Tillage Road
Breinigsville, PA 18031

Misty L. Peterson
King & Spalding LLP
1180 Peachtree Street NE
Atlanta, GA 30309

Joshua Upin
Royer Cooper Cohen Braunfeld LLC
Two Logan Square
100 N. 18th St., Suite 710
Philadelphia, PA 19103

/s/Jonathan D. Klein