IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,

    Plaintiff,

                                                                                                            No. 5: 18-cv-00214

    v.

EQUIFAX, INC. et al.,

    Defendants.

NOTICE
Take Judicial Cognizance and OBJECTION


Edward Thomas Kennedy, hereinafter "Kennedy and/or "Plaintiff", is one of the people of Pennsylvania, and in this court of record hereby Objects to Notice of Appearance, ECF document 47, filed 9/30/2018, by Jonathan D. Klein, of the law firm of Clark Hill PLC, for it is my wish, and it violates the Law of the Case, Exhibit 1, filed herein, it violates Federal Rules of Civil Procedure, and is Trespass on the Case.

Date: October 8, 2018.

                                                                                */s/ Edward Thomas Kennedy*
                                                                                (SEAL)
                                                                                _____
                                                                                Edward Thomas Kennedy
                                                                                401 Tillage Road
                                                                                Breinigsville, PA 18031
                                                                                Telephone:415-275-1244.
                                                                                Kennedy2018@alumni.nd.edu

CERTIFICATE OF SERVICE

I certify that on October 8, 2018 that I filed a copy of the above NOTICE Take Judicial Cognizance and OBJECTION with the Clerk of Court at the US District Court via ECF and by ECF to the following:

>Joshua Upin
>Royer Cooper Cohen Braunfeld, LLC
>Two Logan Square 100 N. 18th St., Suite 710
>Philadelphia, PA 19103

>Misty L. Peterson
>King & Spalding LLP
>1180 Peachtree Street NE
>Atlanta, GA 30309

>Jonathan D. Klein
>Clark Hill PLC
>One Commerce Square
>2005 Market Street, Suite 1000
>Philadelphia, PA 19103

Dated this 8th day of October, 2018

/s/ Edward Thomas Kennedy   SEAL
_____

Edward Thomas Kennedy
Plaintiff.