IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,

    Plaintiff,

                                                                                                                              No. 5: 18-cv-00214

    v.

EQUIFAX, INC. et al.,

    Defendants.

NOTICE
Plaintiff's Response to Opposition to Motion

    Edward Thomas Kennedy, hereinafter "Kennedy and/or "Plaintiff", is one of the people of Pennsylvania, and in this court of record hereby Responds to Plaintiff's Motions for Summary Judgement, ECF document 52, filed 10/02/2018, by Jonathan D. Klein, of the law firm of Clark Hill PLC, for it is my wish, and additionally it violates the Law of the Case, Exhibit 1, filed herein, and it violates both Federal Rules of Civil Procedure, and Federal Rules of Evidence, and is Trespass on the Case.

Date: October 8, 2018.

                                                                                                                               /s/ *Edward Thomas Kennedy*
                                                                                                                              (SEAL)

                                                                                                                              _____
                                                                                                                              Edward Thomas Kennedy
                                                                                                                              401 Tillage Road
                                                                                                                              Breinigsville, PA 18031
                                                                                                                              Telephone:415-275-1244.
                                                                                                                              Kennedy2018@alumni.nd.edu

CERTIFICATE OF SERVICE

I certify that on October 8, 2018 that I filed a copy of the above NOTICE Plaintiff's Response to Opposition to Motion, with the Clerk of Court at the US District Court via ECF and by ECF to the following:

    Joshua Upin
    Royer Cooper Cohen Braunfeld, LLC
    Two Logan Square 100 N. 18th St., Suite 710
    Philadelphia, PA 19103

    Misty L. Peterson
    King & Spalding LLP
    1180 Peachtree Street NE
    Atlanta, GA 30309

    Jonathan D. Klein
    Clark Hill PLC
    One Commerce Square
    2005 Market Street, Suite 1000
    Philadelphia, PA 19103

Dated this 8th day of October, 2018

    /s/ Edward Thomas Kennedy   SEAL
    _____

    Edward Thomas Kennedy
    Plaintiff.