IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,

    Plaintiff,

                                                                               No. 5: 18-cv-00214

    v.

EQUIFAX, INC. et al.,

    Defendants.

NOTICE

Edward Thomas Kennedy, hereinafter "Kennedy and/or "Plaintiff", is one of the people of Pennsylvania, and in this court of record Notices the court, the Judge assigned to administrate this case, and Joshua Upin, Jonathan D. Klein, and Misty L. Peterson, and their respective law firms, that Kennedy sent the attached Exhibit 2, Notice and Demand, today to Brian J. Cali, Board Chair The Disciplinary Board of the Supreme Court of Pennsylvania, to demand he kindly confirm the exact date that Evans, Austin Allen, aka Austin Allen Evans, changed his address / mail location and other data with the The Disciplinary Board of the Supreme Court of Pennsylvania, an official public record, by fax and email to me without delay, and certified the Notice and Demand was also sent as certified in said notice, in support of his Motion for Summary Judgment.

    Kennedy also notices all counsel for all defendants of the following (probable) offenses:

a.    obstruction of justice,

b.    contempt of this court of record, and

c.    multiple violations of the legal profession's codes of ethics.

-2-

Date: October 8, 2018.

/s/ *Edward Thomas Kennedy*
(SEAL)

_____
Edward Thomas Kennedy
401 Tillage Road
Breinigsville, PA 18031
Telephone:415-275-1244.
Kennedy2018@alumni.nd.edu

-3-

CERTIFICATE OF SERVICE

I certify that on October 8, 2018 that I filed a copy of the above NOTICE and Exhibit 2 with the Clerk of Court at the US District Court via ECF and by ECF to the following:

    Joshua Upin
    Royer Cooper Cohen Braunfeld, LLC
    Two Logan Square 100 N. 18th St., Suite 710
    Philadelphia, PA 19103

    Misty L. Peterson
    King & Spalding LLP
    1180 Peachtree Street NE
    Atlanta, GA 30309

    Jonathan D. Klein
    Clark Hill PLC
    One Commerce Square
    2005 Market Street, Suite 1000
    Philadelphia, PA 19103

Dated this 8th day of October, 2018

                                              /s/ Edward Thomas Kennedy   SEAL
                                              _____

                                              Edward Thomas Kennedy
                                              Plaintiff.