Brian J. Cali, Board Chair
The Disciplinary Board of the Supreme Court of Pennsylvania
Pennsylvania Judicial Center
601 Commonwealth Ave, Suite 5600
P.O. Box 62625
Harrisburg, PA 17106-2625
By Fax to: 717-231-3381
By Fax to: 570- 347-9462

Dear Mr. Cali,

Notice and Demand

Evans, Austin Allen[1]
Public Information
Attorney ID: 201152
Current Status: Active
Date of Admission: 12/30/2005
Law Firm:
Other Organization: Walmart Legal
Address: Walmart Legal
702 Southwest 8th St M/S 0215
Bentonville Arkansas 72716-0215
Country: United States
Telephone: (479) 621-2819
Fax: (479) 277-5991
County: Out of State
District: Out of State
https://www.padisciplinaryboard.org/for-the-public/find-attorney/attorney-detail/201152

Dear Mr Cali,

  Kindly confirm the exact date that Evans, Austin Allen, aka Austin Allen Evans, changed

---

[1] Source: From the The Disciplinary Board of the Supreme Court of Pennsylvania website, link here:
https://www.padisciplinaryboard.org/for-the-public/find-attorney/attorney-detail/201152

1

his address / mail location and other data with the The Disciplinary Board of the Supreme Court of Pennsylvania, an official public record, by fax and email to me without delay.

Date: October 8, 2018.

                Sincerely yours,

                */s/ Edward Thomas Kennedy*
                (SEAL)
                _____

                Edward Thomas Kennedy
                401 Tillage Road
                Breinigsville, PA 18031
                Telephone: 415-275-1244.
                Fax: 570-609-1810
                Kennedy2018@alumni.nd.edu

CERTIFICATE OF SERVICE

I certify that on October 8, 2018 that I sent a copy of the above Notice and Demand to the following:

    Brian John Cali
    PA Attorney ID:  26069
    Board Chair
    The Disciplinary Board of the Supreme Court of Pennsylvania
    Pennsylvania Judicial Center
    601 Commonwealth Ave, Suite 5600
    P.O. Box 62625
    Harrisburg, PA 17106-2625
    By Fax to:717.231.3381 and
    By Fax to: 570.347.9462

    Evans, Austin Allen, aka, Austin Evans
    PA Attorney ID: 201152
    Walmart Legal
    702 Southwest 8th St M/S 0215
    Bentonville Arkansas 72716-0215
    Country: United States
    By Fax to: 479.277.5991

    Austin Evans
    PA Attorney ID: 201152
    King & Spalding LLP
    1180 Peachtree Street NE
    Atlanta, GA 30309
    By email to: aevans@lslaw.com

Joshua Upin
Royer Cooper Cohen Braunfeld, LLC
Two Logan Square 100 N. 18th St., Suite 710
Philadelphia, PA 19103
By email to: jupin@rccblaw.com

Misty L. Peterson
King & Spalding LLP
1180 Peachtree Street NE
Atlanta, GA 30309
By email to: mpeterson@kslaw.com

Jonathan D. Klein
PA Attorney ID: 309967
Clark Hill PLC
One Commerce Square
2005 Market Street, Suite 1000
Philadelphia, PA 19103
By email to: jklein@clarkhill.com

Thomas G. Saylor
PA Attorney ID: 15891
Chief Justice - Supreme Court of Pennsylvania
200 N Third Street
Harrisburg, PA 17101
By US regular mail

Dated this 8th day of October, 2018

/s/ Edward Thomas Kennedy   SEAL
_____

Edward Thomas Kennedy
Plaintiff.