IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD T. KENNEDY, | : |
| Plaintiff, | : |
| v. | : No. 18-cv-00214-JLS |
| EQUIFAX, INC., et al. | : |
| Defendants. | : |

## DEFENDANT AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant American Bankers Insurance Company of Florida ("ABIC") hereby moves for the dismissal of the First Amended Complaint of Plaintiff Edward T. Kennedy for failure to state a claim on which relief may be granted.

ABIC respectfully requests entry of an Order, substantially in the form enclosed herewith, dismissing Kennedy's First Amended Complaint as against ABIC, with prejudice. Kennedy is an unscrupulous serial litigant intent on abusing the civil justice system for the purposes of harassing ABIC. His claims have no basis in fact or law, and he must not be permitted to continually reiterate them at the expense of ABIC and this Court.

In support of its Motion, ABIC incorporates its Memorandum of Law contemporaneously filed herewith in its entirety.

Respectfully submitted,

Dated: October 23, 2018

By: /s/ Joshua Upin

Joshua Upin, Esquire
Matthew Faranda-Diedrich, Esquire
Alexander J. Nassar, Esquire
PA Id. Nos. 308459/203541/313539
**ROYER COOPER COHEN BRAUNFELD LLC**
Two Logan Square
100 N. 18th St., Suite 710
Philadelphia, PA 19103
*Attorneys for Defendant American Bankers Insurance Company of Florida*

00531953.v1