IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD T. KENNEDY, | : |
| Plaintiff, | : |
| v. | : No. 18-cv-00214-JLS |
| EQUIFAX, INC., et al. | : |
| Defendants. | : |

## ORDER

**AND NOW**, this _____ day of _____, 2018, upon consideration of Defendant American Bankers Insurance Company of Florida's ("ABIC") Motion of to Dismiss Plaintiff's First Amended Complaint, and any opposition thereto, it is hereby **ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's First Amended Complaint is **DISMISSED WITH PREJUDICE** to reassertion as against ABIC.

BY THE COURT:

_____
Jeffrey L. Schmehl, J.

00531953.v1