## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

EDWARD T. KENNEDY,                          :
                                            :
                                            :
                                            :
                            Plaintiff,      :
                                            :      No. 18-cv-00214-JLS
v.                                          :
                                            :
EQUIFAX, INC., et al.                       :
                                            :
                                            :
                            Defendants.     :

## ORDER

**AND NOW**, this _____ day of _____, 2018, upon consideration of Defendant Barbara Lopez's Motion of to Dismiss Plaintiff's First Amended Complaint, and any opposition thereto, it is hereby **ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's First Amended Complaint is **DISMISSED** in its entirety **WITH PREJUDICE** to reassertion as against Ms. Lopez.

BY THE COURT:

_____

**Jeffrey L. Schmehl, J.**

00525769.v1