## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD T. KENNEDY, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | No. 18-cv-00214-JLS |
| | : | |
| EQUIFAX, INC., et al. | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Defendant Barbara Lopez's Motion to Dismiss the First Amended Complaint of Plaintiff Edward T. Kennedy, supporting Memorandum of Law, proposed form of Order, and Certificate of Service have been forwarded to all parties of record, via the U.S. District Court for the Eastern District of Pennsylvania's Electronic Case Filing System.

Dated: October 23, 2018

/s/ Joshua Upin
Joshua Upin, Esquire

00525769.v1