# EXHIBIT 1



# Party Search Results

**Search Criteria:** Party Search; Last Name: kennedy; First Name: edward; Middle Name: thomas; Party Roles: [PLA]
**Result Count:** 22 (1 page)
**Current Page:** 1

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Kennedy, Edward Thomas (pla) | 2:2003cv02392 | (PS) Kennedy v. Kennard, et al | California Eastern District Court | 11/17/2003 | 03/10/2004 |
| KENNEDY, EDWARD THOMAS (pla) | 1:2018cv00826 | KENNEDY v. USA | U.S. Court of Federal Claims | 06/11/2018 | 07/02/2018 |
| KENNEDY, EDWARD THOMAS (pla) | 1:2018cv00830 | KENNEDY v. USA | U.S. Court of Federal Claims | 06/11/2018 | 07/02/2018 |
| KENNEDY, EDWARD THOMAS (pla) | 1:2018cv00841 | KENNEDY v. USA | U.S. Court of Federal Claims | 06/12/2018 | 07/19/2018 |
| KENNEDY, EDWARD THOMAS (pla) | 1:2018cv00942 | KENNEDY v. USA | U.S. Court of Federal Claims | 06/28/2018 | 07/27/2018 |
| KENNEDY, EDWARD THOMAS (pla) | 1:2018cv01006 | KENNEDY v. USA | U.S. Court of Federal Claims | 07/11/2018 | 07/27/2018 |
| KENNEDY, EDWARD THOMAS (pla) | 1:2018cv01027 | KENNEDY v. USA | U.S. Court of Federal Claims | 07/11/2018 | |
| KENNEDY, EDWARD THOMAS (pla) | 1:2018cv01029 | KENNEDY v. USA | U.S. Court of Federal Claims | 07/11/2018 | 07/26/2018 |
| KENNEDY, EDWARD THOMAS (pla) | 1:2018cv01030 | KENNEDY v. USA | U.S. Court of Federal Claims | 07/11/2018 | |
| KENNEDY, EDWARD THOMAS (pla) | 1:2018cv01028 | KENNEDY v. USA | U.S. Court of Federal Claims | 07/11/2018 | |
| Kennedy, Edward Thomas (pla) | 1:2018cv04274 | Kennedy v. Borough of Minersville et al | New York Southern District Court | 05/14/2018 | 06/25/2018 |
| KENNEDY, EDWARD THOMAS (pla) | 5:2017cv04579 | KENNEDY v. UNITED STATES et al | Pennsylvania Eastern District Court | 10/12/2017 | 11/06/2017 |
| KENNEDY, EDWARD THOMAS (pla) | 5:2017cv04599 | KENNEDY v. MULDOWNEY et al | Pennsylvania Eastern District Court | 10/13/2017 | 11/06/2017 |

PACER Case Locator Search Results     Case 5:18-cv-00214-JLS     Document 58-4     Filed 10/23/18     Page 3 of 6     https://pcl.uscourts.gov/pcl/pages/search/results/parties.jsf?sid=18af8...

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| KENNEDY, EDWARD THOMAS (pla) | 5:2017cv04844 | KENNEDY v. DENT et al | Pennsylvania Eastern District Court | 10/27/2017 | 11/06/2017 |
| KENNEDY, EDWARD THOMAS (pla) | 5:2017cv04845 | KENNEDY v. NESTER et al | Pennsylvania Eastern District Court | 10/27/2017 | 11/06/2017 |
| KENNEDY, EDWARD THOMAS (pla) | 5:2018cv00214 | KENNEDY v. EQUIFAX, INC. et al | Pennsylvania Eastern District Court | 01/16/2018 | |
| KENNEDY, EDWARD THOMAS (pla) | 5:2018cv00977 | KENNEDY v. HANNA et al | Pennsylvania Eastern District Court | 03/05/2018 | |
| KENNEDY, EDWARD THOMAS (pla) | 5:2018cv02522 | KENNEDY v. COMMISSIONER OF SOCIAL SECURITY | Pennsylvania Eastern District Court | 06/14/2018 | |
| Kennedy, Edward Thomas (pla) | 3:2018cv00767 | Kennedy v. Dutcavage et al | Pennsylvania Middle District Court | 04/09/2018 | |
| Kennedy, Edward Thomas (pla) | 3:2018cv00777 | Kennedy v. Evanchick et al | Pennsylvania Middle District Court | 04/10/2018 | |
| Kennedy, Edward Thomas (pla) | 3:2018cv00697 | Kennedy v. Petrus et al | Pennsylvania Middle District Court | 03/30/2018 | |
| Kennedy, Edward Thomas (pla) | 3:2018cv01325 | Kennedy v. Borough of Minersville et al | Pennsylvania Middle District Court | 07/02/2018 | |

| PACER Service Center | | |
|---|---|---|
| | | Receipt 07/30/2018 11:36:31 889605910 |
| User | bcohen2628 | |
| Client Code | | |
| Description | All Court Types Party Search | |
| | All Courts; Name kennedy, edward thomas; Role pla; All Courts; Page: 1 | |
| Billable Pages | 1 ($0.10) | |



# Party Search Results

**Search Criteria:** Party Search; Last Name: kennedy; First Name: edward; Middle Name: t; Party Roles: [PLA]
**Result Count:** 32 (1 page)
**Current Page:** 1

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Kennedy, Edward T (pla) | 5:2006cv00054 | Edward T Kennedy v. Jo Anne B Barnhart | California Central District Court | 01/17/2006 | 11/14/2006 |
| Kennedy, Edward T (pla) | 2:2004cv01591 | (PS) Kennedy, et al v. People of the State | California Eastern District Court | 08/06/2004 | 12/29/2005 |
| Kennedy, Edward T (pla) | 0:2008cv60321 | Hess Kennedy Chartered, LLC et al v. Chase Bank USA, N.A. | Florida Southern District Court | 03/07/2008 | 01/14/2009 |
| Kennedy, Edward T (pla) | 0:2008cv60762 | Hess Kennedy Chartered, LLC et al v. FIA Card Services, N.A. | Florida Southern District Court | 05/20/2008 | 07/30/2008 |
| Kennedy, Edward T. (pla) | 3:2003cv00606 | Albert Blackwell, et al. v. Warner-Lambert Co., et al. | Judicial Panel On Multidistrict Litigati | 06/02/2003 | |
| Kennedy, Edward T. (pla) | 3:2001cv00738 | McCree, et al v. Lifescan, Inc., et al | Mississippi Southern District Court | 09/25/2001 | 08/27/2002 |
| Kennedy, Edward T. (pla) | 3:2003cv00606 | Blackwell, et al v. Warner-Lambert, et al | Mississippi Southern District Court | 04/30/2003 | 11/17/2003 |
| Kennedy, Edward T. (pla) | 1:1996cv00613 | Kennedy v. Newspap. & Mail Del. | New York Southern District Court | 01/29/1996 | 11/27/2001 |
| Kennedy, Edward T. (pla) | 1:2003cv08930 | Blackwell v. Warner-Lambert | New York Southern District Court | 11/12/2003 | 10/28/2004 |
| KENNEDY, EDWARD T. (pla) | 5:2018cv00257 | KENNEDY v. COMMISSIONER et al | Pennsylvania Eastern District Court | 01/18/2018 | 06/18/2018 |
| Kennedy, Edward Thomas (pla) | 2:2003cv02392 | (PS) Kennedy v. Kennard, et al | California Eastern District Court | 11/17/2003 | 03/10/2004 |
| KENNEDY, EDWARD THOMAS (pla) | 1:2018cv00826 | KENNEDY v. USA | U.S. Court of Federal Claims | 06/11/2018 | 07/02/2018 |
| KENNEDY, EDWARD | 1:2018cv00830 | KENNEDY v. USA | U.S. Court of Federal Claims | 06/11/2018 | 07/02/2018 |

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| KENNEDY, EDWARD THOMAS (pla) | 1:2018cv00841 | KENNEDY v. USA | U.S. Court of Federal Claims | 06/12/2018 | 07/19/2018 |
| KENNEDY, EDWARD THOMAS (pla) | 1:2018cv00942 | KENNEDY v. USA | U.S. Court of Federal Claims | 06/28/2018 | 07/27/2018 |
| KENNEDY, EDWARD THOMAS (pla) | 1:2018cv01006 | KENNEDY v. USA | U.S. Court of Federal Claims | 07/11/2018 | 07/27/2018 |
| KENNEDY, EDWARD THOMAS (pla) | 1:2018cv01027 | KENNEDY v. USA | U.S. Court of Federal Claims | 07/11/2018 | |
| KENNEDY, EDWARD THOMAS (pla) | 1:2018cv01029 | KENNEDY v. USA | U.S. Court of Federal Claims | 07/11/2018 | 07/26/2018 |
| KENNEDY, EDWARD THOMAS (pla) | 1:2018cv01030 | KENNEDY v. USA | U.S. Court of Federal Claims | 07/11/2018 | |
| KENNEDY, EDWARD THOMAS (pla) | 1:2018cv01028 | KENNEDY v. USA | U.S. Court of Federal Claims | 07/11/2018 | |
| Kennedy, Edward Thomas (pla) | 1:2018cv04274 | Kennedy v. Borough of Minersville et al | New York Southern District Court | 05/14/2018 | 06/25/2018 |
| KENNEDY, EDWARD THOMAS (pla) | 5:2017cv04579 | KENNEDY v. UNITED STATES et al | Pennsylvania Eastern District Court | 10/12/2017 | 11/06/2017 |
| KENNEDY, EDWARD THOMAS (pla) | 5:2017cv04599 | KENNEDY v. MULDOWNEY et al | Pennsylvania Eastern District Court | 10/13/2017 | 11/06/2017 |
| KENNEDY, EDWARD THOMAS (pla) | 5:2017cv04844 | KENNEDY v. DENT et al | Pennsylvania Eastern District Court | 10/27/2017 | 11/06/2017 |
| KENNEDY, EDWARD THOMAS (pla) | 5:2017cv04845 | KENNEDY v. NESTER et al | Pennsylvania Eastern District Court | 10/27/2017 | 11/06/2017 |
| KENNEDY, EDWARD THOMAS (pla) | 5:2018cv00214 | KENNEDY v. EQUIFAX, INC. et al | Pennsylvania Eastern District Court | 01/16/2018 | |
| KENNEDY, EDWARD THOMAS (pla) | 5:2018cv00977 | KENNEDY v. HANNA et al | Pennsylvania Eastern District Court | 03/05/2018 | |
| KENNEDY, EDWARD THOMAS (pla) | 5:2018cv02522 | KENNEDY v. COMMISSIONER OF SOCIAL SECURITY | Pennsylvania Eastern District Court | 06/14/2018 | |

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Kennedy, Edward Thomas (pla) | 3:2018cv00767 | Kennedy v. Dutcavage et al | Pennsylvania Middle District Court | 04/09/2018 | |
| Kennedy, Edward Thomas (pla) | 3:2018cv00777 | Kennedy v. Evanchick et al | Pennsylvania Middle District Court | 04/10/2018 | |
| Kennedy, Edward Thomas (pla) | 3:2018cv00697 | Kennedy v. Petrus et al | Pennsylvania Middle District Court | 03/30/2018 | |
| Kennedy, Edward Thomas (pla) | 3:2018cv01325 | Kennedy v. Borough of Minersville et al | Pennsylvania Middle District Court | 07/02/2018 | |

**PACER Service Center**  
Receipt 07/30/2018 11:06:20 889601365

| | |
|---|---|
| User | bcohen2628 |
| Client Code | |
| Description | All Court Types Party Search |
| | All Courts; Name kennedy, edward t; Role pla; All Courts; Page: 1 |
| Billable Pages | 1 ($0.10) |