IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,

    Plaintiff,

                                                       No. 5: 18-cv-00214

    v.

EQUIFAX, INC. et al.,

    Defendants.

Reply to Motion to Dismiss

TAKE JUDICIAL COGNIZANCE of the following:

    I, Edward Thomas Kennedy, am one of the people of Pennsylvania, in this court of record hereby Replies on this court of record to Defendant's Motion to Dismiss, ECF Document 59, filed 10/23/2018, and wishes modern attorneys to comply with the rule of law and the law of the case, and also wishes that modern attorneys herein do not to trespass on the case and not to obstruct justice.

Date: October 30, 2018.

                                                       */s/ Edward Thomas Kennedy*
                                                       (SEAL)

                                                       _____
                                                       Edward Thomas Kennedy
                                                       401 Tillage Road
                                                       Breinigsville, PA 18031
                                                      Telephone:415-275-1244.
                                                      Kennedy2018@alumni.nd.edu

CERTIFICATE OF SERVICE

I certify that on October 30, 2018 that I filed a copy of the above Reply to Motion to Dismiss, ECF Document 59, with the Clerk of Court at the US District Court via ECF and by ECF to the following:

    Joshua Upin
    Royer Cooper Cohen Braunfeld, LLC
    Two Logan Square 100 N. 18th St., Suite 710
    Philadelphia, PA 19103

    Misty L. Peterson
    King & Spalding LLP
    1180 Peachtree Street NE
    Atlanta, GA 30309

    Jonathan D. Klein
    Clark Hill PLC
    One Commerce Square
    2005 Market Street, Suite 1000
    Philadelphia, PA 19103

Dated this 30h day of October, 2018

                                                               /s/ Edward Thomas Kennedy    SEAL
                                                               _____

                                                                Edward Thomas Kennedy
                                                                Plaintiff.