IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD T. KENNEDY, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 18-CV-214 |
| | : | |
| EQUIFAX, INC., et al., | : | |
|     Defendants. | : | |

## ORDER

**AND NOW**, this 17th day of December, 2018, upon review of the docket entries in this matter and upon consideration of all pending motions and responses thereto, it is hereby **ORDERED** as follows:

1. Plaintiff's "Motion to Compel Service of Process" (Docket No. 12) is **DENIED** as moot, as the United States Marshal has attempted service on all defendants in this matter, as set forth in docket entries 19, 22, 23, and 24;

2. Plaintiff's Motion for Summary Judgement (Docket No. 31) in which he seeks judgment against Defendant Equifax for not being represented by counsel is **DENIED** as moot;

3. Plaintiff's Motion for Summary Judgement (Docket No. 33) in which he seeks judgment against Defendant Smith for not being represented by counsel is **DENIED** as moot;

4. Plaintiff's Motion to Disqualify Attorney Pedersen (Docket No. 39) is **DENIED**;

5. Defendant Equifax's Motion to Withdraw Austin Evans as Counsel (Docket No. 44) is **GRANTED**;

6. Plaintiff's "Motion for Good Service" is **DENIED**, as the Court is unable to determine from Plaintiff's motion and memorandum in support what relief he is seeking in said motion. Further, to the extent Plaintiff's motion is seeking service on the defendants, Plaintiff's

motion is **DENIED**, as the United States Marshal has attempted service on all defendants in this matter; and

    7.    Defendant Smith's Motion to Withdraw Austin Evans as Counsel (Docket No. 49) is **GRANTED**.

                              **BY THE COURT:**

                              <u>/s/ Jeffrey L. Schmehl</u>
                              JEFFREY L. SCHMEHL, J.