IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,

    Plaintiff,

                                                                   No. 5: 18-cv-00214

    v.

EQUIFAX, INC. et al.,

    Defendants.

    NOTICE

<u>OBJECTION TO ORDER</u>

    I, Edward Thomas Kennedy, hereinafter "Kennedy and/or "Plaintiff", am one of the people of Pennsylvania, and in this court of record Objects to ORDER, ECF Document 61 signed by Jeffrey L. Schmehl, and filed on 12/17/2018 for it, is my wish.

Date: December 18, 2018.

                                                                  Respectfully submitted,

                                                                  */s/ Edward Thomas Kennedy*
                                                                   (SEAL)

                                                                  _____
                                                                   Edward Thomas Kennedy
                                                                   401 Tillage Road
                                                                   Breinigsville, PA 18031
                                                                   Telephone:415-275-1244.
                                                                  Email:Kennedy2018@alumni.nd.edu

CERTIFICATE OF SERVICE

I certify that on December 18, 2018, that I filed a copy of the above OBJECTION with the Clerk of Court at the US District Court via ECF and by ECF to:

Joshua Upin
Royer Cooper Cohen Braunfeld, LLC
Two Logan Square 100 N. 18th St., Suite 710
Philadelphia, PA 19103

Misty L. Peterson
King & Spalding LLP
1180 Peachtree Street NE
Atlanta, GA 30309

Jonathan D. Klein
Clark Hill PLC
One Commerce Square
2005 Market Street, Suite 1000
Philadelphia, PA 19103


Dated this 18th day of December 2018


/s/ Edward Thomas Kennedy   SEAL
_____
Edward Thomas Kennedy