IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KENNEDY,
        Plaintiff.

        v.        Civil No. 5-18-cv-00214

EQUIFAX, et al.,
        Defendants.

NOTICE AND OBJECTION 2

1. Plaintiff is Edward Thomas Kennedy, one of the people of Pennsylvania, and in this court of record hereby Objects to INTERNATIONAL ASSOCIATION OF JUDGES and its THE UNIVERSAL CHARTER OF THE JUDGE[1] and especially Objects to Article 12, which states the following:

2. Associations: The right of a judge to belong to a professional association must be recognized in order to permit the judges to be consulted, especially concerning the application of their statutes, ethical and otherwise, and the means of justice, and in order to permit them to defend their legitimate interests.[2]

3. Under his oath of office, said Association membership is not acceptable behavior for any Judge in the US District Court Third Circuit in this court of record.

---

[1] Link here http://www.iaj-uim.org/universal-charter-of-the-judges/

[2] link also here:
https://www.unodc.org/res/ji/import/international_standards/the_universal_charter_of_the_judge/universal_charter_2017_english.pdf

4.    Said Article 12 is self-authenticating[3] evidence of treason against the United States of America and is also (probably) corruption and violates Executive Order Blocking the Property of Persons Involved in Serious Human Rights Abuse or Corruption.[4]

5.    BAR Association membership by said Judge and modern attorneys is a conflict of interest, that damages and injures Kennedy, for said injuries in loss of rights.

WHEREFORE,  Plaintiff Kennedy requests the Judge assigned to this case in this court of record to recuse for cause.

Date: December 19, 2018

Respectfully submitted,

/s/ *Edward Thomas Kennedy*     (seal)

_____

EDWARD THOMAS KENNEDY

401 Tillage Road
Breinigsville, Pennsylvania 18031
Email: kennedy2018@alumni.nd.edu
Telephone: 415-275-1244.

---

[3] See https://www.law.cornell.edu/rules/fre/rule_902#,
Rule 902. Evidence That Is Self-Authenticating

The following items of evidence are self-authenticating; they require no extrinsic evidence of authenticity in order to be admitted:

(13) Certified Records Generated by an Electronic Process or System. A record generated by an electronic process or system that produces an accurate result, as shown by a certification of a qualified person that complies with the certification requirements of Rule 902(11) or (12). The proponent must also meet the notice requirements of Rule 902(11).

(14) Certified Data Copied from an Electronic Device, Storage Medium, or File. Data copied from an electronic device, storage medium, or file, if authenticated by a process of digital identification, as shown by a certification of a qualified person that complies with the certification requirements of Rule (902(11) or (12). The proponent also must meet the notice requirements of Rule 902 (11).

[4] https://www.whitehouse.gov/presidential-actions/executive-order-blocking-property-persons-involved-serious-human-rights-abuse-corruption/

CERTIFICATE OF SERVICE

I certify that on December 19, 2018, that I filed a copy of NOTICE AND OBJECTION 2, Memorandum of Points and Authorities in Support of Plaintiff's Motion to Compel Assigned Judge to Recuse for Cause and Take Judicial Notice and Motion for Assigned Judge to Recuse from this Case with the Clerk of Court at the US District Court via ECF and by ECF to the following modern attorneys of record, and their law firms:

Joshua Upin
Royer Cooper Cohen Braunfeld, LLC
Two Logan Square 100 N. 18th St., Suite 710
Philadelphia, PA 19103

Misty L. Peterson
King & Spalding LLP
1180 Peachtree Street NE
Atlanta, GA 30309

Jonathan D. Klein
Clark Hill PLC
One Commerce Square
2005 Market Street, Suite 1000
Philadelphia, PA 19103

/s/ Edward Thomas Kennedy     seal
_____
Edward Thomas Kennedy

Dated this 19th day of December 2018