IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KENNEDY,
        Plaintiff.

        v.        Civil No. 5-18-cv-00214

EQUIFAX, et al.,
        Defendants.

Motion for Assigned Judge to Recuse from this Case

1.    Plaintiff is Edward Thomas Kennedy, one of the people of Pennsylvania, and in this court of record moves for an order granting his Motion for Recusal for Cause concerning the Judge assigned to administer and/or assist in this action at law.

2.    The Supreme Court of the United States said that "Recusal is required when, objectively speaking, 'the probability of actual bias on the part of the judge or decision maker is too high to be constitutionally tolerable.'"[1]

3.    Kennedy hereby now reasonably questions said Judges' impartially, and respectfully wishes recusal from this case.

WHEREFORE, Plaintiff requests the Judge assigned to this case in this court of record grant Plaintiff's Motion for Recusal for Cause and recuse.

Date: December 19, 2018.

        Respectfully submitted,

---

[1] RIPPO v. BAKER, https://www.law.cornell.edu/supremecourt/text/16-6316#;
Rippo v. Baker, 137 S. Ct. 905 - Supreme Court 2017

/s/ *Edward Thomas Kennedy*    (seal)

_____

EDWARD THOMAS KENNEDY

401 Tillage Road  
Breinigsville, Pennsylvania 18031  
Email: kennedy2018@alumni.nd.edu  
Telephone: 415-275-1244.

2 of 3.

CERTIFICATE OF SERVICE

I certify that on December 19, 2018, that I filed a copy of NOTICE AND OBJECTION 2, Memorandum of Points and Authorities in Support of Plaintiff's Motion to Compel Assigned Judge to Recuse for Cause and the above Motion for Assigned Judge to Recuse from this Case with the Clerk of Court at the US District Court via ECF and by ECF to the following modern attorneys and their law firms of record:

Joshua Upin
Royer Cooper Cohen Braunfeld, LLC
Two Logan Square 100 N. 18th St., Suite 710
Philadelphia, PA 19103

Misty L. Peterson
King & Spalding LLP
1180 Peachtree Street NE
Atlanta, GA 30309

Jonathan D. Klein
Clark Hill PLC
One Commerce Square
2005 Market Street, Suite 1000
Philadelphia, PA 19103

/s/ Edward Thomas Kennedy      seal
_____
Edward Thomas Kennedy

Dated this 19th day of December 2018.