FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Allentown Division

KENNEDY,
    Plaintiff.

　　v.                                                              Civil No. 5-18-cv-00214

EQUIFAX, Inc., et al.,
    Defendants.


MOTION FOR SUMMARY JUDGMENT

Plaintiff is Edward T. Kennedy (Kennedy), one of the people of Pennsylvania, in this court of record, Motions the Court for Summary Judgment against Defendant Equifax, Inc (Equifax).



Date: December 31, 2018

　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Edward T. Kennedy   (seal)
　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Edward T. Kennedy, Plaintiff.
　　　　　　　　　　　　　　　　　　　　　　　　　[MBA, 1977, Notre Dame]
　　　　　　　　　　　　　　　　　　　　　　　　　401 Tillage Road
　　　　　　　　　　　　　　　　　　　　　　　　　Breinigsville, Pennsylvania 18031
　　　　　　　　　　　　　　　　　　　　　　　　　Email: pillar.of.peace.2012@gmail.com
　　　　　　　　　　　　　　　　　　　　　　　　　Email: kennedy2018@alumni.nd.edu
　　　　　　　　　　　　　　　　　　　　　　　　　Telephone: 415-275-1244.
　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 570-609-1810.