FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Allentown Division

KENNEDY,
      Plaintiff.

     v.                                                           Civil No. 5-18-cv-00214

EQUIFAX, Inc., et al.,
      Defendants.

ORDER

On the ____day of January 2019, Plaintiff's Kennedy Motion for Summary Judgment against Defendant Equifax, Inc is granted / not granted as follows:

    a.    for aggregate $1,500,000 triple damages for all claims under RICO law.

granted / not granted
_____

    b.    for intentional infliction of emotional distress, $500,000.

granted / not granted
_____

    c.    for loss of privacy rights, $500,000.

granted / not granted
_____

By the Court

_____

Date: _____