FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Allentown Division

KENNEDY,
    Plaintiff.

    v.                                   Civil No. 5-18-cv-00214

EQUIFAX, Inc., et al.,
    Defendants.

NOTICE
MOTION FOR SUMMARY JUDGMENT

Plaintiff is Edward T. Kennedy (Kennedy), one of the people of Pennsylvania, in this court of record, Notices the court of his Motion for Summary Judgment against Defendant Equifax, Inc (Equifax).

Date: December 31, 2018

                                                Respectfully submitted,

                                                */s/ Edward T. Kennedy*  *(seal)*
                                                _____
                                                Edward T. Kennedy, Plaintiff.
                                                [MBA, 1977, Notre Dame]
                                                401 Tillage Road
                                                Breinigsville, Pennsylvania 18031
                                                Email: pillar.of.peace.2012@gmail.com
                                                Email: kennedy2018@alumni.nd.edu
                                                Telephone: 415-275-1244.
                                                Fax: 570-609-1810.

CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2018, I filed the foregoing Notice of Motion for Summary Judgement and this Certificate of Service to the Clerk of Court by ECF and served by ECF on the following parties:

Joshua Upin
Royer Cooper Cohen Braunfeld, LLC
Two Logan Square 100 N. 18th St., Suite 710
Philadelphia, PA 19103

Misty L. Peterson
King & Spalding LLP
1180 Peachtree Street NE
Atlanta, GA 30309

Jonathan D. Klein
Clark Hill PLC
One Commerce Square
2005 Market Street, Suite 1000
Philadelphia, PA 19103


Dated this 31st day of December 2018.

/s/ Edward T. Kennedy   (seal)
_____
EDWARD T. KENNEDY