IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KENNEDY,

        Plaintiff.

           v.                       Civil No. 5-18-cv-214

EQUIFAX, inc.,

        et al.,

        Defendants.

Take Judicial Cognizance

1.    Plaintiff is Edward Thomas Kennedy (Kennedy), is one of the people of

Pennsylvania, in this court of record, notices the court that Executive Order 13825—2018

Amendments to the Manual for Courts-Martial, United States by US President Donald J. Trump

is now effective.[1]

2.    US Judiciary including Article III US Courts remain independent from the US

Legislative and the US Executive branches.[2]

3.    US Judiciary employees are not independent of said Executive Order 13825 and

---

[1] Law of Armed Conflict dialogue between Senator Lindsey Graham Questions Associate Justice of the Supreme Court of the United States Brett Kavanaugh concerning Military Law vs Criminal Law, is explained at Law of Armed Conflict, Senator Lindsey Graham Questions Brett Kavanaugh Military Law vs Criminal Law, link here: https://www.youtube.com/watch?v=3_gmOsnjrZw&index=25&list=WL&t=0s.
The case cited by Graham and Kavanaugh is here: YASER ESAM HAMDI v. DONALD H. RUMSFELD, SECRETARY OF DEFENSE, et al., link here:
http://law2.umkc.edu/faculty/projects/ftrials/conlaw/hamdi.html.

[2] Constitution of the United States of America: Analysis and Interpretation, link here: https://www.govinfo.gov/collection/constitution-annotated?path=/GPO/Constitution%20of%20the%20United%20States%20of%20America%253A%20Analysis%20and%20Interpretation

military law.

4.      Modern attorney BAR association members, including the Pennsylvania BAR

Association members[3] are not independent of said Executive Order 13825 and military law.

5.      Kennedy hereby accepts the oaths of office of all federal employees and officers of

this court and binds them to it under the authority of said Executive Order 13825.

6.      This Notice is sent to General Mark A. Milley, Chairman of the Joint Chiefs of

Staff by US regular mail and a request for an investigation of this court and its officers.

7.      Notice also Presidential Proclamation on National Slavery and Human Trafficking

Prevention Month, 2019


Date: January 3, 2019

                                        Respectfully submitted,

                                        */s/ Edward Thomas Kennedy*      (seal)
                                        _____
                                        Edward Thomas Kennedy
                                        401 Tillage Road
                                        Breinigsville, PA 18031
                                        kennedy2018@alumni.nd.edu
                                        pillar.of.peace.2017@protonmail.com
                                        Phone: 4152751244 (message/ google voice)



Attached: Exhibit 1 LAW OF THE CASE (22 pages)

_____

[3] https://www.pabar.org/site/

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice was served on the Clerk of this court

by ECF on January 3, 2019, to the following parties:

Joshua Upin
Royer Cooper Cohen Braunfeld, LLC
Two Logan Square 100 N. 18th St., Suite 710
Philadelphia, PA 19103

Misty L. Peterson
King & Spalding LLP
1180 Peachtree Street NE
Atlanta, GA 30309

Jonathan D. Klein
Clark Hill PLC
One Commerce Square
2005 Market Street, Suite 1000
Philadelphia, PA 19103

and By US regular Mail to:
Mark A. Milley, General
Chairman of the Joint Chiefs of Staff
9999 Joint Staff Pentagon
Washington, DC 20318-9999

/s/ *Edward Thomas Kennedy*    (seal)

_____
Edward Thomas Kennedy

Date: January 3, 2019.