UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA


KENNEDY,
          Plaintiff,


     v.

                                        Case No. 5:18-cv-00214-JLS


EQUIFAX, INC. et al.,
          Defendants.


ORDER


Plaintiff's Motion for Summary Judgment ECF 65 filed 12/31/2018 is

Granted _____

Not granted _____


By the court_____

Date:_____