IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,

    Plaintiff,

                                                                           No.  5-18-cv-214

    v.

EQUIFAX, INC. et al.,

    Defendants.

NOTICE OF CHANGE OF ADDRESS

    Party, Edward Thomas Kennedy, files this notice of change of address with the court Clerk as required under local rules.

    Party's mailing address has changed. The new mailing interest mailing address is 800 Court Street, Apt 223, Reading, PA 19601. Party also notices the court clerk of his title.

Date: March 10, 2019.

                                                Respectfully submitted,

                                                */s/ Edward Thomas Kennedy   (seal)*

                                                _____
                                                Chev. Rev.Edward Thomas Kennedy, MBA
                                                all rights reserved under UCC § 1-308.
                                                800 Court Street, Apt 223
                                                Reading, PA 19601
                                                (415) 275-1244
                                                Fax (570) 609-1810
                                                pillar.of.peace.2012@gmail.com

CERTIFICATE OF SERVICE

I certify that on March 10, 2019 that I filed a copy of the above Notice of Change of Address to the United States District Court for the Eastern District of Pennsylvania via ECF and to the following parties via ECF as follows:

    Joshua Upin
    Royer Cooper Cohen Braunfeld, LLC
    Two Logan Square 100 N. 18th St., Suite 710
    Philadelphia, PA 19103

    Misty L. Peterson
    King & Spalding LLP
    1180 Peachtree Street NE
    Atlanta, GA 30309

    Jonathan D. Klein
    Clark Hill PLC
    One Commerce Square
    2005 Market Street, Suite 1000
    Philadelphia, PA 19103

    and By US regular Mail to:
    Mark A. Milley, General
    Chairman of the Joint Chiefs of Staff
    9999 Joint Staff Pentagon
    Washington, DC 20318-9999

    /s/ *Edward Thomas Kennedy*   (seal)

    _____
    Edward Thomas Kennedy

Date: March 10, 2019.