IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,

    Plaintiff,

                                                   No.  5-18-cv-214

    v.

EQUIFAX, INC. et al.,

    Defendants.

### NOTICE OF 28 U.S. Code § 453. Oaths of justices and judges

    Party, Edward Thomas Kennedy, files this notice all the the Judges oath of office and also his oath of investiture. Party also notices the Judge assigned to administer this matter of the Plaintiff's lawful title, and that the Plaintiff has never violated his sacred oath.

Date: March 10, 2019.

                                              Respectfully submitted,

                                              */s/ Edward Thomas Kennedy   (seal)*
                                              _____
                                              Chev. Rev.Edward Thomas Kennedy, MBA
                                              all rights reserved under UCC § 1-308.
                                              800 Court Street, Apt 223
                                              Reading, PA 19601
                                              (415) 275-1244
                                              Fax (570) 609-1810
                                              pillar.of.peace.2012@gmail.com

CERTIFICATE OF SERVICE

I certify that on March 10, 2019 that I filed a copy of the above Notice to the United States

District Court for the Eastern District of Pennsylvania via ECF and to the following parties via

ECF as follows:

    Joshua Upin
    Royer Cooper Cohen Braunfeld, LLC
    Two Logan Square 100 N. 18th St., Suite 710
    Philadelphia, PA 19103

    Misty L. Peterson
    King & Spalding LLP
    1180 Peachtree Street NE
    Atlanta, GA 30309

    Jonathan D. Klein
    Clark Hill PLC
    One Commerce Square
    2005 Market Street, Suite 1000
    Philadelphia, PA 19103

    and By US regular Mail to:
    Mark A. Milley, General
    Chairman of the Joint Chiefs of Staff
    9999 Joint Staff Pentagon
    Washington, DC 20318-9999

    /s/ *Edward Thomas Kennedy*   *(seal)*

    _____
    Chev. Rev Edward Thomas Kennedy

Date: March 10, 2019.