IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,
                Plaintiff,

                                          No.  5-18-cv-214

                v.

EQUIFAX, INC. et al.,
                  Defendants.

## **NOTICE OBJECTION TO ORDER**

Plaintiff Edward Thomas Kennedy, is one of the people of Pennsylvania, and in this court of record, files this Notice Objection to Order to ECF Document 73, titled Order, for the Judge assigned to administer the case exceeded the court's jurisdiction and his jurisdiction, and injured the Plaintiff in loss of rights, plus it is my wish.

Date: April 3, 2019

                                Respectfully submitted,

                                */s/ Edward Thomas Kennedy   (seal)*
                                _____

                                Edward Thomas Kennedy, MBA
                                All rights reserved under UCC § 1-308.
                                800 Court Street, Apt 223
                                Reading, PA 19601
                                (415) 275-1244
                                Fax (570) 609-1810
                                pillar.of.peace.2012@gmail.com

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on April 3, 2019 that I filed a copy of the above Notice Objection to Order at the United States District Court for the Eastern District of Pennsylvania via ECF and to the following parties via ECF as follows:

Joshua Upin
Royer Cooper Cohen Braunfeld, LLC
Two Logan Square 100 N. 18th St., Suite 710
Philadelphia, PA 19103

Misty L. Peterson
King & Spalding LLP
1180 Peachtree Street NE
Atlanta, GA 30309

Jonathan D. Klein
Clark Hill PLC
One Commerce Square
2005 Market Street, Suite 1000
Philadelphia, PA 19103

*/s/ Edward Thomas Kennedy    (seal)*

_____
Edward Thomas Kennedy

Date: April 3, 2019